IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | |
| Plaintiff, | Case No.: 1:22-cv-01132-CFC |
| v. | JURY TRIAL DEMANDED |
| NETFLIX, INC., | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Rachel DeLoache Williams ("Plaintiff") and Defendant Netflix, Inc. ("Defendant"), subject to the approval of the Court, that the time within which Defendant may serve its answer, move against or otherwise respond to Plaintiff's Complaint is hereby extended from October 22, 2022 to and including November 4, 2022.  To the extent Defendant moves to dismiss the Complaint and/or files other motions, Plaintiff shall file its opposition on or before December 9, 2022, and Defendant shall file its reply on or before December 23, 2022.

| | |
|---|---|
| FARNAN LLP | BARNES & THORNBURG, LLP |
| /s/ Brian E. Farnan | /s/ Thomas E. Hanson, Jr. |
| Brian E. Farnan (Bar No. 4089) | Thomas E. Hanson (Bar No. 4102) |
| Michael J. Farnan (Bar No. 5165) | William J. Burton (Bar No. 6273) |
| 919 N. Market Street | 222 Delaware Avenue, Suite 1200 |

12th Floor  
Wilmington, DE 19801  
(302) 777-0300  
bfarnan@farnanlaw.com  
mfarnan@farnanlaw.com  

OF COUNSEL:

RUFUS-ISAACS ACLAND & GRANTHAM LLP  
Alexander Rufus-Isaacs  
9420 Wilshire Blvd., Suite B10  
Beverly Hills, CA 90212  
Phone: (310) 274-3803  
aisaacs@rufuslaw.com  

*Attorneys for Plaintiff*

Wilmington, DE 19801  
(302) 330-3447  
thanson@btlaw.com  
william.burton@btlaw.com  

OF COUNSEL:

DAVIS WRIGHT TREMAINE LLP  
Rachel F. Strom  
Chelsea T. Kelly  
Lindsey B. Cherner  
1251 Avenue of the Americas  
21st Floor  
New York, NY 10020  
RachelStrom@dwt.com  
ChelseaKelly@dwt.com  
LindseyCherner@dwt.com  

*Attorneys for Defendant*

DATED: September 28, 2022

IT IS SO ORDERED this _____ day of _____ 2022.

_____  
The Honorable Colm F. Connolly