# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 1:22-cv-01132-CFC |
| NETFLIX, INC., | : The Hon. Colm F. Connolly |
| Defendant. | : |

## DEFENDANT NETFLIX, INC.'S MOTION TO DISMISS
## THE COMPLAINT FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Netflix, Inc. respectfully moves the Court for an Order dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted. The specific grounds for this Motion are set forth in the supporting Memorandum of Law filed contemporaneously herewith.

Dated: November 4, 2022

Respectfully submitted,

BARNES & THORNBURG LLP

*/s/ Thomas E. Hanson, Jr.*
Thomas E. Hanson, Jr. (No. 4102)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Tel: 302-300-3474
Fax: 302-300-3456
Email: Thanson@btlaw.com

                                        DAVIS WRIGHT TREMAINE LLP
                                        Rachel F. Strom (*pro hac vice*)
                                        Chelsea T. Kelly (*pro hac vice*)
                                        Lindsey B. Cherner (*pro hac vice*)
                                        1251 Sixth Avenue, 21st Floor
                                        New York, New York 10020
                                        Tel: 212-402-4069
                                        rachelstrom@dwt.com
                                        chelseakelly@dwt.com
                                        lindseycherner@dwt.com

                                        *Attorneys for Defendant Netflix, Inc.*