IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> NETFLIX, INC., : <br> : <br> Defendant. : <br> : | C.A. No.: 1:22-cv-01132-CFC <br><br> The Hon. Colm F. Connolly |

**DECLARATION OF RACHEL F. STROM IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS**

I, Rachel F. Strom, declare as follows:

1.  I am an attorney with the law firm of Davis Wright Tremaine LLP and one of the attorneys representing defendant Netflix, Inc. I make this declaration based on personal knowledge. If called to testify, I would testify competently thereto.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the book written by Plaintiff Rachel Deloache Williams and published in July 2019, titled *My Friend Anna: The True Story of a Fake Heiress*.

3.  Attached hereto as an **Exhibit 2** is a true and correct copy of the article written by Plaintiff and published on April 13, 2018 in *Vanity Fair*, titled "'As an Added Bonus, She Paid for Everything': My Bright-Lights Misadventure with a Magician of Manhattan."

4. Attached hereto as **Exhibit 3** is a true and correct copy of the court transcripts of Plaintiff's testimony in the criminal trial of *The People of the State of New York v. Anna Sorokin*, Ind. No. 2441/18 (N.Y. Sup. Ct.), dated April 17-18, 2019.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Netflix series *Inventing Anna*, released on February 11, 2022.

6. Attached hereto as **Exhibit 5** is a chart detailing further evidence from Plaintiff's Book, Vanity Article, trial testimony, and the Netflix series *Inventing Anna* (Exs. 1-4) that the 16 statements identified in Plaintiff's Complaint are substantially true, opinion, or non-defamatory.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November 2022 in New York, New York.

*[signature]*
Rachel F. Strom
