# EXHIBIT 4
# Multi-Media Material
# Manually Filed with the Court