# **EXHIBIT 5**

## Williams v. Netflix:  Analysis of Claimed Defamatory Statements

| Episode and Timestamp | Statement | Claimed Defamatory Meaning | Evidentiary Support for the Truth of These Statements and Additional Context from the Series | Basis for Dismissal |
|---|---|---|---|---|
| **1st Set of Allegedly Defamatory Statements**<br><br>**Episode 2, 14:15-16:05** | NEFF I went to court. Anna's not taking a plea. She's going to trial, which means she'll be in Rikers for, like, months. RACHEL Uh-huh. NEFF I thought we should work out some kind of schedule so she has one of us visiting her at least once a week. RACHEL What? NEFF I went online. There's a list of stuff we can bring inmates. Magazines and stuff. RACHEL Are you... Wait... You're kidding, right? NEFF Why would I be kidding? It's prison. Our friend is in prison. We can't just leave her | Williams claims the statements falsely portray her as:<br><br>• a freeloader who allowed Sorokin to pay for her clothes and accessories;<br><br>• a user and an opportunist who was only friendly with Sorokin because she paid for everything but dropped her when she wasn't able to pay;<br><br>• someone who uses "grossly insulting words which may be racist;" and | **Complaint**<br>• Admits Sorokin "normally picked up the check" when she went out with Williams, especially at the 11 Howard hotel.  Compl. ¶ 8.<br><br>• Admits Sorokin gave Williams gifts such as a facial and massage at the Greenwich Hotel, a pair of pants, and a pair of shoes.  *Id.* ¶¶ 33(b) n.10, 56(c).<br><br>**Trial Testimony[1]**<br>• Williams testified "as our relationship progressed . . . Anna would pay for everything within 11 Howard including the Le Coucou and [fitness sessions with] Kacy Duke."  Ex. 3 at 1870:7-9.<br><br>• States the training sessions with Kacy Duke cost $300 each.  *See id.* at 1871:9-10. | **No Defamatory Meaning**:<br>• This scene shows that Williams did not want to visit Sorokin in prison, which is understandable given that Sorokin put her in a frightening situation in a foreign country and attempted to steal thousands of dollars from Williams. It is also not defamatory to accept gifts or clothes from a friend, and to change your opinion of the friend when they lie to you and try to defraud you.<br><br>**Substantial Truth**:<br>• The Complaint, Vanity Fair Article, Book, and Trial Testimony all admit that Williams accepted many gifts from Sorokin, including multiple expensive dinners, drinks, |

---

[1] As noted in the Memorandum of Law in Support of the Motion to Dismiss, Plaintiff's book, Vanity Fair article, and trial testimony are attached respectively as Exhibits 1, 2 and 3.  An electronic version of the Netflix series *Inventing Anna* is attached as Exhibit 4.

| | | | |
|---|---|---|---|
| in there. She needs people.<br>RACHEL I'm not visiting Anna in prison. I'm not required to visit that person in prison.<br>NEFF That person? She was your best friend. Oh. Her dad cuts her off and now she can't pay your way, fund your social life and clothes, so you drop her?<br>RACHEL Anna did not ever pay my way.<br>NEFF Anna paid for those shoes and that jacket. I was there when she bought those earrings. The sweater. And I know that bag! She paid for everything you have on. Now First National Bank of Delvey is closed and you're dumping her. You're a user.<br>RACHEL If anyone is the user, it's you. I mean, we were friends, you... You were her paid bitch. | • a coward who ran away from a confrontation.<br><br>Compl. ¶ 34. | **Vanity Fair Article**<br>• Says Sorokin "paid for everything" in their friendship (Ex. 2 at 1, 5);<br><br>• Makes clear that the $300/hour personal training sessions with celebrity trainer Kacy Duke occurred 3-4 times per week. *Id.* at 5.<br><br>**The Book**<br>• States: "By that point, I'd accepted the idea that because ***Anna paid for almost everything***, she got to make all the choices" (Ex. 1 at 89) (emphasis added);<br><br>• Williams found Sorokin's "easy materialism seductive," where Sorokin paid for training sessions with a celebrity fitness trainer 3 to 4 times a week followed by breakfast at an exclusive restaurant, all at Sorokin's expense (*Id.* at 71);<br><br>• "In truth, I was relieved to be saying goodbye [to Anna] after the chaotic and stressful billing situation that had occurred—but I was also grateful to Anna for inviting me on such a lavish vacation. I had enjoyed a lot of the trip: the luxurious riad, the incredible meals, the private | $300/hour fitness training sessions, and at least two items of clothing. She also accepted Sorokin's offer to cover her accommodations for the Morocco trip and was under the impression that the trip was a "generous gift." Williams has even said, in general terms, that Sorokin "paid for everything."<br><br>**Opinion**:<br>• Neff's description of Williams as a "user" is opinion based on disclosed facts. Additionally, the portrayal of Williams' character using the term "paid bitch"—while unkind—is not racist, as a reasonable viewer would understand the statement to refer to the fact that Neff worked for Sorokin as an employee at the 11 Howard Hotel (as shown in Episode 5) and not the fact that Neff is Black. In the Series, Neff was still completely loyal to Sorokin even after it became |

NEFF Okay, what? RACHEL I mean, yeah, she may have bought some of my clothes, but you? I mean, you let her buy you! She bought your time, she bought your... NEFF Say someone bought me again. Say it now. Come on. Try me. Step up here and discuss the purchase of this Black woman because I am dying to correct your face! Come on! [Rachel gasps and runs away] Yeah, you'd better run!"

The Complaint also mentions that the title of this episode is "The Devil Wore Anna," and alleges this title implies that Williams is the devil.

Compl. ¶¶ 31, 34.

guides. ***It was an extremely generous gift, and I viewed it as such***." (*Id.* at 108 (emphasis added));

- "Tagging along with this crowd made me feel like I was on the inside of something special. Their knowledge of fashion and a certain slice of who's-who trivia exceeded my own, but I knew the language and got the jokes. They were friends with publicists, models, musicians, and designers. Wherever we went, they knew the guy at the door—the one who decides if you're tall enough, rich enough, or attractive enough to enter; who might, if he's in the right mood and you know the right person, say the right thing, or wear the right shoes, let you pass. Select patrons only—it's a funny idea. Why is exclusivity appealing? We all want to be included. We crave validation, from friends and from strangers." (*Id.* at 35);

- Williams also criticizes Neff for her social media behavior as "annoying" and "a bit much"—particularly tweeting about her invitation to the Morocco trip. (*Id.* at 85-86, 118). Williams also described Neff as

clear Sorokin was a criminal.

- Plaintiff's claim that the title of the episode refers to her is unfounded—Williams only appears during one scene in this episode for a few minutes (out of a 1 hour and 7-minute episode); thus, no reasonable viewer would understand the title to refer to her.  But even if one assumed that it did, the title is classic opinion as the term "devil" is too abstract to have any precise meaning.

| | | | | |
|---|---|---|---|---|
| | | | having a "penchant for gossip"; and that her "interest in talent, fame, and money was overt." (*Id.* at 79-80).<br><br>**Additional Context from the Series:**<br><br>• Episode 5 makes clear that Neff worked for Sorokin as an employee of the 11 Howard Hotel and Sorokin gave Neff large tips to make reservations and other tasks. Ex. 4, Ep. 5 at 5:30-6:29; 12:21-15:31.<br><br>• The Series provides additional context in Episodes 6-9, showing Sorokin stealing from Williams, apathetic to Williams' financial situation and the frightening situation she put Williams in—where Williams was under threat of arrest in a foreign country (*Id.*, Ep. 6 at 34:19-40:15)—thus explaining Williams' decision to end her friendship with Sorokin. | |
| **2nd Set of Allegedly Defamatory Statements**<br><br>**Episode 2, 29:32-30:00** | NEFF (to KACY) [Rachel] won't visit Anna. You know Anna. She is not ready for the real world. She is going to get upset about the service or be herself to | Claims the statement is defamatory because:<br><br>• Williams is falsely portrayed as a disloyal and | Same as above and:<br><br>**Trial Transcript:**<br>• In her trial testimony, Williams stated that her social group mostly consisted of girls who "worked in various fashion-related positions, via | **No Defamatory Meaning:**<br>• *See above* on Williams' decision not to visit Sorokin in prison.<br><br>• Kacy, a sympathetic character, also refused to |

| | | | |
|---|---|---|---|
| the wrong chick and end up with a beatdown. We cannot leave her alone in there. She needs to look forward to something. And Rachel... She acts like she barely knew Anna all of a sudden. Like Anna is some stranger. As if she's new to the situation. She literally is walking in Anna's shoes as we speak. Red bottoms. Spring collection. I wish I had hit her. My fist in Becky's face...<br><br>Compl. ¶ 35. | opportunistic friend who wore expensive designer shoes that Sorokin had given her, but then dropped her; and<br><br>• Williams is described as a "Becky"—a white woman ignorant of her privilege and prejudice.<br><br>Compl. ¶ 38. | a fashion writer or a publicist for a fashion company in the PR world." Ex. 3 at 1866:3-5.<br><br>**The Book:**<br>• Williams stated that she grew up with "cotillion-trained debutantes." (Ex. 1 at 38);<br><br>• Williams' father was running for Congress and she worried about hurting his reputation. (*Id.* at 158);<br><br>• Williams studied photography and haute couture in Paris.  (*Id.* at 27);<br><br>• Williams and Sorokin went out with "publicists, models, musicians, and designers," accessing "exclusiv[e]" circles in New York.  (*Id.* at 35);<br><br>• Williams describes her early days in New York as her "summer of models and bottles." (*Id.* at 26);<br><br>• Williams describes wearing designer clothes ("patent-leather Marni platform sandals (with a five-inch block heel)"). (*Id.* at 66);<br><br>• Williams tells Sorokin that a dress suits her, but then "worr[ied] about whether her frame would | visit Sorokin in prison, making it clear that position is reasonable. Kacy also refers to Williams in this scene as a "sweetie."<br><br>**Substantial Truth**:<br>• *See above* on Williams' decision to accept multiple expensive gifts from Sorokin and decision to distance herself once it was clear Sorokin was a fraud.<br><br>• It is also true that Williams and Neff were not close friends, as demonstrated by Williams criticizing Neff's social media behavior in the Book, as described above.<br><br>• In her trial testimony and book, Williams also establishes that she is a white woman who lived a privileged life as she was raised with "debutantes," had a father running for Congress, studied fashion in Paris, and predominantly socialized with the New York elite from the fashion |

| | | | permanently alter its shape." (*Id.* at 12); | world and other exclusive circles. |
|---|---|---|---|---|
| | | | • Still, Williams describes herself as a "hardworking young woman from Knoxville, Tennessee, who had moved to the city with nothing but an entry-level job . . . ." (*Id.* at 258). | **Opinion**: <br> • Neff's description of Rachel as a "Becky"—or a white woman ignorant of her privilege and prejudice—is protected opinion based on the true facts that Williams lived a very privileged life, *see* above. |
| | | | **Additional Context from the Series:** <br> • Directly following these lines, Kacy calms Neff down and says "Rachel is not visiting Anna in prison. She has her reasons." Then Kacy says that she too will not be visiting Anna in prison; she is "setting some boundaries where Anna is concerned. . . . The person in prison is not Anna Delvey, not the person we knew.  Anna Delvey doesn't exist.  That person in Rikers is somebody else.  Somebody who was pretending to be Anna Delvey." Kacy also refers to Williams as a "sweetie."  (Ex. 4, Ep. 2 at 29:10-31:15). | • Neff's opinion that Williams was ignorant of her own privilege is also protected opinion given that, despite her clear privilege, Williams still refers to herself as just a "hardworking young woman from Knoxville, Tennessee, who had moved to the city with nothing but an entry-level job." <br><br> • This is especially true because the "Becky" description came from Neff, who is portrayed in the Series as at odds with Williams and therefore, not an unbiased statement of a disinterested observer— |

| | | | | which is then immediately contrasted with Kacy calling Williams a "sweetie." |
|---|---|---|---|---|
| **3rd Set of Allegedly Defamatory Statements**<br><br>**Episode 5, 33:40-34:15**<br><br>(This episode is told from the perspective of Neff.) | VIVIAN How did Rachel know Anna? NEFF I don't know. She was already around by the time Anna moved into the hotel. They weren't like old friends or anything, but… Rachel was always there when stuff was fun. Kind of like… She was there for the Instagram moments. As long as there was a good time. VIVIAN So you don't think it was a real friendship? NEFF Not like me and Anna. Rachel… Took and took and took. Never paid Anna back. Everything she wore was Anna's. I think she was trying to be Anna."<br><br>Compl. ¶ 39. | Claims the statement is defamatory because:<br><br>• Williams is falsely portrayed as a sponger, a freeloader and a disloyal friend.<br><br>Compl. ¶ 42. | Same as above and:<br><br>**The Book:**<br>• "I was described as Anna's good friend, and then as a photo editor for *Vanity Fair*. **I felt like a sidekick, and in essence, I suppose I was.**" (emphasis added) (Ex. 1 at 42);<br><br>• "Because she was paying, I accepted my subservience and became increasingly deferential.  I had not noticed that, over time, the balance of our friendship had irreversibly changed." (*Id.* at 76);<br><br>• "I cared what people thought of me—of us. I saw this in myself, and faced with Anna's willingness to do whatever she wanted whenever she wanted, **I felt that I should be more free-spirited, like her**, or at least try not to worry so much." (emphasis added) (*Id.* at 44);<br><br>• "**I guess part of me aspired to be more like her**." (emphasis added) (*Id.* at 60); | **Substantial Truth**:<br>• *See above* on Williams' decision to accept multiple expensive gifts from Sorokin and decision to distance herself once it was clear Sorokin was a fraud.<br><br>• It is true that Williams accepted many gifts from a friend of whom she was partly ashamed and whom she found to be rude and bossy.<br><br>• It is also true that Williams did not support Sorokin after she stole from Williams.  In fact, Williams orchestrated Sorokin's arrest and worked with prosecutors to build the case against her.<br><br>• Regarding Neff's statement that Williams "wanted to be Anna," Williams has stated that she admired Sorokin, "aspired to be more like |

| | | | | |
|---|---|---|---|---|
| | | | • "To me, it felt like a scene from Mean Girls—Anna was Regina George, and *I was her pawn*." (emphasis added) (*Id.* at 88).<br><br>• "Anna also appealed to a certain part of me, and not necessarily the best part. . . . I felt proud that Anna liked me, but was it possible, at the same time, to feel subconsciously ashamed?" (*Id.* at 83);<br><br>• "I gave Anna so much leeway—I abided her bossiness, her rudeness, and her lack of boundaries." (*Id.* at 101). | her," and felt like her "pawn."<br><br>**Opinion**:<br>• Neff's description of Williams as someone who "took and took and took" and her statement that she thinks Williams "was trying to be Anna" are opinion based on disclosed facts.<br><br>**No Defamatory Meaning**:<br>• It is not defamatory to accept gifts or clothes from a friend, and to change your opinion of the friend when they lie to you and try to defraud you.<br><br>• Nor is it defamatory to say that someone aspired to be like someone else. |
| **4ᵗʰ Set of Allegedly Defamatory Statements**<br><br>**Episode 5, 34:50-35:07** | ANNA (in hair salon, shows off her new hair style) Ta-da! RACHEL Oh, my God. NEFF Damn. RACHEL I could never get my hair to look that good. | Claims the statement is defamatory because:<br><br>• Williams is falsely portrayed as a manipulative opportunist and freeloader who | *See above,* also:<br><br>**Complaint**<br>• Admits that Sorokin gifted Williams *a spa treatment at the Greenwich Hotel (consisting of a facial and massage)*, a pair of pants, and a pair of shoes. Compl. ¶¶ 33(b) n.10, 56(c). | **No Defamatory Meaning**:<br>• It is not defamatory to allow a rich person to pay for your haircut.<br><br>**Substantial Truth**:<br>• The Complaint admits that Sorokin paid for a facial and massage for Williams |

| (This episode is told from the perspective of Neff.) | ANNA Do hers too. Put it on my bill. RACHEL Oh, my God, really? ANNA Mmm-hmm. (Anna and Rachel giggle - Neff scoffs). <br><br> Compl. ¶ 43. | "was angling to get Sorokin to pay for an expensive hair styling for herself . . . ." <br><br> Compl. ¶¶ 44-45. | • Also admits that Sorokin "normally picked up the check" when she went out with Williams, especially at the 11 Howard hotel.  *Id.* ¶ 8. <br><br> **Trial Testimony** <br> • Williams testified "as our relationship progressed . . . Anna would pay for everything within 11 Howard including the Le Coucou and [fitness sessions with] Kacy Duke." Ex. 3 at 1870:7-9. <br><br> • States the training sessions with Kacy Duke cost $300 each.  *See id.* at 1871:9-10. | at the Greenwich Hotel, which is substantially similar to paying for a haircut. |
| **5th Set of Allegedly Defamatory Statements** <br><br> **Episode 6, 05:19-5:33, and 55:35-40** <br><br> (This episode is told from the perspective of Kacy.) | RACHEL So the suite could fit three of us. Two in the master, one on the couch, but it might be kind of tight, right? It might just be more ideal to get two adjoining suites, then everyone has their space. We should book it today. ANNA I don't have time today. | Claims the statement is defamatory because: <br><br> • Williams is falsely portrayed as an opportunist and a freeloader. <br><br> Compl. ¶ 49. | **Trial Testimony** <br> • Williams testified that she was "instrumental" in "picking the location" for the trip to Morocco; and that she agreed with Sorokin that "La Mamounia looks best." Williams also testified that she did not suggest finding a cheaper hotel than La Mamounia or booking a less expensive option than the $30,000 private riad.  (Ex. 3 at 2046:18-2051:22). <br><br> **Additional Context from the Series** | **Substantial Truth**: <br> • In her trial testimony, Williams admits that she and Sorokin together agreed to visit the exclusive hotel La Mamounia in Marrakech.  She admits that she did not suggest getting a cheaper room than the riad that Sorokin booked. <br><br> **No Defamatory Meaning**: <br> • It is not defamatory to suggest getting a suite for a |

| | RACHEL I could book it for us.<br><br>Compl. ¶ 46. | | • Episode 6 shows Williams suggesting getting two suites at the hotel.  A few lines later, **Sorokin** rejects the suite plan and suggests that they book "the private riad" instead so they have even more space.  (Ex. 4, Ep. 6, 6:17-6:40). | trip, particularly when the friend who is supposed to pay ultimately declares that she needs more space than the accommodation that Williams suggested. |
| **6th Set of Allegedly Defamatory Statements**<br><br>**Episode 6, 12:44-13:58, et al**<br><br>(This episode is told from the perspective of Kacy.) | According to the Complaint, these scenes show Williams joining Sorokin for a massage and tennis lessons at the Hotel, and pressuring Sorokin to "treat" their group with a private tour of the private museum and garden known as the Majorelle Gardens.<br><br>Compl. ¶ 50. | Claims the statement is defamatory because:<br><br>• Williams is falsely portrayed as an opportunist and a freeloader.<br><br>Compl. ¶ 53. | **Book:**<br>• Williams believed the trip, where she "enjoyed . . .  the luxurious riad, the incredible meals, the private guides . . . ***was an extremely generous gift, and . . . viewed it as such***." (emphasis added) (Ex. 1 at 108);<br><br>• Williams states that they planned to visit the private Majorelle gardens, which required a $1,600 donation, noting that: "[o]rdinarily, that wasn't something I'd have ever considered realistic, but because Anna was paying, she called the shots." (*Id.* at 7);<br><br>• Williams describes her excitement at being at the exclusive gardens as "a feast of texture and color. . . I was overcome with reverence for the mystery and splendor of the villa." (*Id.* at 13-14) | **No Defamatory Meaning**:<br>• It is not defamatory to accept gifts from a rich friend. Additionally, Plaintiff's description of the scenes is false—Williams' character never "pressures Sorokin to treat their group with a private tour."  Rather, she expresses enthusiasm about going to the gardens and the house (without mentioning who should pay) and it is ***Sorokin*** who later suggests they do a tour.<br><br>**Substantial Truth**:<br>• As established *supra*, Williams' own statements demonstrate that Sorokin gave her many gifts including experiences, meals, drinks, and clothes. They also establish that Williams believed that |

| | | | **Trial Testimony:**<br>• Williams describes the Hotel's pool, tennis courts, and Moroccan zellige tile. *See* Ex. 3 at 1893:1-1894:17.<br><br>**Additional Context from the Series:**<br>• These scenes show Williams talking excitedly about the garden, but not once does she ask Sorokin to cover that cost or "treat" the group. Later on, it is Sorokin herself who suggests the group visit the garden and get a tour of the house after Williams mentions it is supposed to be beautiful—and still, there is no discussion of who will pay. (Ex. 4, Ep. 6, 31:38-33:00).<br><br>• At one point in this episode, Noah refers to Williams as "a smart and amazing woman." (*Id.*, Ep. 6, 30:09-30:19). | Sorokin was paying for the Morocco vacation. |
| **7th Set of Allegedly Defamatory Statements**<br><br>**Episode 9, 40:23-41:08**<br><br>(This episode is told from | TODD SPODEK And when you became friends with Anna, did you ever pay for a drink? RACHEL She wouldn't let me. SPODEK Answer the question. | Claims the statement is defamatory because:<br><br>• Williams is falsely portrayed as an opportunist and a freeloader.<br><br>Compl. ¶ 57. | • *See above* for Williams' statements in the Complaint, Vanity Fair Article, and trial testimony regarding her acceptance of multiple expensive dinners, drinks, $300/hour training sessions with a celebrity fitness instructor 3-4 times per week, spa treatments (including a facial and massage), and some clothing items from Sorokin. | **Substantial Truth:**<br>• *See above* on Williams' decision to accept multiple expensive gifts from Sorokin and decision to distance herself once it was clear Sorokin was a fraud.<br><br>**No Defamatory Meaning:** |

| | | | | |
|---|---|---|---|---|
| the perspective of Todd Spodek, Sorokin's lawyer.) | WILLIAMS Not that I recall.<br>SPODEK Any of the dozens of dinners at Le Coucou and other fine dining establishments?<br>WILLIAMS Not that I recall.<br>SPODEK: Spa treatments? Facials? Infrared saunas? Massages, nail salons?<br>WILLIAMS: No, Anna was very generous.<br><br>Compl. ¶ 54. | | | • It is not defamatory to accept gifts from a rich friend. |
| **8th Set of Allegedly Defamatory Statements**<br><br>**Episode 5, 33:34-33:44**<br><br>(This episode is told from the perspective of Neff.) | *ANNA: Hi. You made it.*<br>*RACHEL: Only just. My boss was such a bitch today. I had to walk eight blocks in heels. Can you even... (Rachel sighs)*<br>*ANNA: Oh. Rachel, you know my friend Neff. Neff, Rachel works at Vanity Fair.  Her boss is a monster. Some bitter 46-year-old.*<br>*RACHEL: So bitter.* | Claims the statement is defamatory because:<br><br>• Williams is falsely portrayed as an "entitled, status-conscious snob who is mean to a Black woman because she works in a hotel (in short, a 'Becky') and as someone who is spoiled, whiny, and judgmental." | **Trial Testimony**<br>• In her trial testimony, Williams stated that her social group mostly consisted of girls who "worked in various fashion-related positions, via a fashion writer or a publicist for a fashion company in the PR world." Ex. 3 at 1866:1-5.<br><br>• She also stated as follows:<br>Q Now, earlier you've testified that Ms. Sorokin laughed at your salary, right?<br>A She did.<br>Q Okay. How did that make you feel? | **Substantial Truth**:<br>• In her trial testimony and book, Williams establishes: (1) that she lived a privileged life and essentially only socialized with the fashion elite; and (2) that she was unhappy with the amount of money she was making at her job.<br><br>**Opinion**:<br>• Portraying Williams as entitled is protected opinion. The statements quoted from her trial testimony and book support any opinion that |

| | | | | |
|---|---|---|---|---|
| | *NEFF: Horrible bosses are the worst.*<br>*RACHEL: Totally. She's jealous. Like, she knows I'll be her boss one day soon……*<br>*RACHEL (judgmental tone) You work at the hotel?*<br>*NEFF While I raise money for my film.*<br>*RACHEL (smiles dismissively, nodding) Sure.*<br>*NEFF (looks offended).*<br><br>Compl. ¶ 58. | Compl. ¶ 61. | A In some ways, at that time I also felt like my salary was lower than the amount that I was working, so it kind of made me feel supported in a strange way.<br>*Id.* at 2060:7-13.<br><br>**The Book:**<br>• *See* above for Williams' description of being raised with debutantes and a father who was a politician, and studying fashion in Paris.<br><br>• "Tagging along with this crowd made me feel like I was on the inside of something special. Their knowledge of fashion and a certain slice of who's-who trivia exceeded my own, but I knew the language and got the jokes. They were friends with publicists, models, musicians, and designers. Wherever we went, they knew the guy at the door—the one who decides if you're tall enough, rich enough, or attractive enough to enter; who might, if he's in the right mood and you know the right person, say the right thing, or wear the right shoes, let you pass. Select patrons only—it's a funny idea. Why is exclusivity appealing? We all want to be included. We crave validation, | Williams is status-conscious, snobbish, and might be inclined to criticize her job.<br><br>**No Defamatory Meaning:**<br>• It is not defamatory to complain about one's boss—such a statement does not expose someone to public contempt. |

| | | | from friends and from strangers." (Ex. 1 at 35). | |
|---|---|---|---|---|
| **9th Set of Allegedly Defamatory Statements**<br><br>**Episode 6, 46:05-51:05**<br><br>(This episode is told from the perspective of Kacy.) | According to the Complaint, after "several scenes about the problems with the credit cards at the Hotel and the private museum tour, there is a long scene in which Noah is shown meeting Williams and suggesting to her that they leave immediately because of the 'bad situation.' At first, Williams says that the problems are over and suggests that they stay but Noah persists, and she gives in. She finds Anna who is alone in her room, drinking heavily and depressed. Williams tells her that they are leaving, making a bogus excuse. Sorokin begs her not to leave her, but Williams leaves anyway. She and Noah pack and leave the Hotel immediately, | Claims the statement is defamatory because:<br><br>• Williams is falsely portrayed as a fair weather friend who abandoned Sorokin when she was alone, depressed and in trouble in Morocco, and needed help and support.<br><br>Compl. ¶ 65. | **The Book:**<br>• Williams states that she did leave Morocco before Sorokin to go on a trip to France. (Ex. 1 at 108-111);<br><br>• She states that at this time, she decided to "give the relationship [with Sorokin] some space." (*Id.* at 121);<br><br>• Williams also acknowledges that the experience of resolving payment with the Hotel and museum left her feeling very frightened and anxious. In particular, Williams described this experience as causing her to "f[igh]t back tears . . . swallowing hard to contain [her] emotions"; her "hands [to] bec[o]me sweaty and start[] to shake"; and "barely holding it together, ready to collapse into a heap of self-pity and despair." (*Id.* at 18-20).<br><br>**Additional Context from the Series:**<br>• Episode 6: It is Noah's idea to leave Morocco; Williams tries to say everything is fine. Noah responds: "We have to get out of here . . . There is now a guard stationed | **Substantial Truth:**<br>• Williams' Book states that: (1) she did leave Morocco before Sorokin to go on a trip to France; (2) she decided to take some space from Sorokin at that time; and (3) the experience at the Hotel and museum left Williams feeling very frightened and anxious (even causing her to "barely hold[] it together, ready to collapse into a heap of self-pity and despair"), just as she appeared in the episode.<br><br>**No Defamatory Meaning:**<br>• The scene portrays Williams sympathetically as being frightened that she and Noah were at risk of getting thrown into prison in Morocco, and doing what they needed to do to protect themselves in the face of an impossible situation. The scene also shows that Williams did not want to leave Sorokin and protested |

| | | | | |
|---|---|---|---|---|
| | leaving Sorokin alone with a hotel guard stationed outside her room."<br><br>Compl. ¶ 62. | | outside [Sorokin's] door and [Sorokin]—I don't know exactly what's going on with her, but we need to leave." Williams says, "*we can't just leave her*." And Noah says "yes, we can. This is a bad situation." (Ex. 4, Ep. 6, 46:01-46:38 (emphasis added)).<br><br>• During these scenes, Sorokin is also portrayed as being unconcerned with the increasingly dangerous situation—forcing Williams to deal with it all on her own. (*See, e.g., id.* at 33:42-34:55).<br><br>• Williams is portrayed as being brave because, earlier in the episode, the museum guard threatens to call the police if the group cannot pay their bill, and Williams volunteers to go alone back to the museum (accompanied by guards) to provide them with her personal credit card, instead of Sorokin or Noah. She then navigates financial issues with American Express all under the stern watch of the museum docent and guard, who, as she says to American Express, "seem to want to have [her] arrested." (*Id.* at 34:27-40:15). | against doing so, but was convinced by Noah that the situation necessitated it. Additionally, Sorokin is shown as aloof and apathetic to Williams' situation.<br><br>• Later in the episode, Williams is referred to as "a real friend" and "a good person." |

15

| | | | | |
|---|---|---|---|---|
| | | | • Later in the episode, back in New York, Kacy says: "Call it the universe; call it whatever you want but it had my back. . . . ***And it found me a real friend. Rachel's a good person***." (*Id.* at 53:53-54:10 (emphasis added)). | |
| **10th Set of Allegedly Defamatory Statements**<br><br>**Episode 6, 54:25-54:40**<br><br>(This episode is told from the perspective of Kacy.) | *NEFF: Please, Rachel abandoned Anna. Kicked her when she was down, and left her alone in some foreign country. Rachel's happy to call herself Anna's friend when it meant free shit, trips to Morocco, but as soon as times got tough... Some friend.*<br><br>Compl. ¶ 66. | Claims the statement is defamatory because:<br><br>• Williams is falsely portrayed as a freeloader and a disloyal, fair weather friend who abandoned Sorokin when she was alone and in trouble in a North African country and needed help and support.<br><br>Compl. ¶ 70. | • Same as above, plus:<br><br>**Additional Context from the Series:**<br>• Directly following these statements by Neff, the journalist responds: "But does a friend charge another friend's credit card without permission?" (Ex. 4, Ep. 6 at 54:39-54:45).<br><br>• At this point in the Series, it had been made clear that Sorokin was a liar who had defrauded hotels, banks, and her friends. *See generally* Ex. 4, Eps. 1-6.<br><br>• Kacy, who is portrayed as reasonable and sympathetic, was also distancing herself from Sorokin, even refusing to let Sorokin sleep on her couch after the Morocco trip when Sorokin had nowhere else to go. (Ex. 4, Ep. 6 at 52:45-54:10). | Same as above, plus:<br><br>**No Defamatory Meaning:**<br>• The journalist's comments directly following Neff's statement defends Williams' actions and points out that Sorokin is the one who did not act appropriately in the situation, not Williams. And Kacy's decision to distance herself from Sorokin also supports the implication that Williams' decision to do the same was reasonable.<br><br>**Opinion:**<br>• As discussed above, portraying someone as a freeloader or disloyal friend is a matter of protected opinion based on substantially true facts. |

| 11th Set of Allegedly Defamatory Statements

Episode 1, 03:42-3:52 | *KACY (into phone) Are you reading it? That girl's back in New York.*
*RACHEL I can't believe it. How do you think they caught her?*

Compl. ¶ 71. | Claims the statement is defamatory because:

• Williams is falsely portrayed as someone who lied to her friends to conceal her role in Sorokin's arrest.

Compl. ¶ 74. | **Complaint:**
• The Complaint admits that Williams did not tell Kacy or Neff that she was working with law enforcement to arrest Sorokin because the authorities asked her "to keep matters pertaining to the ongoing investigation confidential." Compl. ¶ 17.

**Vanity Fair Article:**
• Williams says that after Sorokin was charged, Williams "resumed communication with her via text message, not letting on that anything had changed." (Ex. 2 at 10).

**Book**
• In the Book, Williams says that she "ke[pt Sorokin] in the dark" during the investigation—pretending to be her friend so that she could track her location for the authorities. (Ex. 1 at 205);

• From monitoring Sorokin's social media activity and texting with her, Williams was able to inform prosecutors that Sorokin was staying at a rehabilitation facility in California. (*Id.* at 238-39). Williams then worked with prosecutors to arrest Sorokin in | **Substantial Truth**:
• Williams admits in the Complaint that she did not tell her friends about her role in Sorokin's arrest. In the Book, she also admits she lied to Sorokin during this process, concealing her role in the investigation and arrest to trick Sorokin into leaving her rehabilitation center and then continuing to text her, not letting on that anything had changed.

**No Defamatory Meaning:**
• It is understandable that Williams was not permitted to tell others she was working with law enforcement to try and track down a criminal suspect.

• Lying on behalf of the government is not defamatory. |

17

| | | | California. Williams invited Sorokin to meet her for lunch in Los Angeles, knowing that the police would arrest her as soon as Sorokin left the facility.  (*Id.* at 237-246). | |
|---|---|---|---|---|
| **12th Set of Allegedly Defamatory Statements**<br><br>**Episode 8, 1:02:05-1:02:45** | NEFF: So the next time we see her she'll be wearing a jumpsuit. I knew she was due for a fall but…<br>KACY: What was she doing in LA anyway?<br>WILLIAMS: I think she was in some rehab.<br>KACY: Rehab? How do you know that?<br>*WILLIAMS: OK, look guys, I wasn't going to say this, but I was actually on the phone with her when she was arrested.*<br>*NEFF: Seriously? That's a coincidence.*<br>*WILLIAMS: It was surreal. It was awful. I hope they're treating her*<br>*well. Can you imagine? Anna in jail?*<br>*NEFF: Bet you can imagine.* | Claims the statement is defamatory because:<br><br>• Williams is falsely portrayed as a liar who misled friends about her role in Sorokin's arrest.<br><br>• She is also portrayed as hypocritical because in Episode 7 at 19:32-19:37, she told a colleague that "I'm not going to turn over a foreign woman to the police, not in Trump's America," but then she went to the police to offer | See above, plus:<br><br>**Additional Context from the Series**:<br>• In Episode 7, Williams continues to defend Sorokin and believe Sorokin will repay her eventually.  Only after Williams becomes aware of Sorokin's broader pattern of fraud does she decide to involve the authorities.  For example, at Ex. 4, Ep. 7, 23:30-24:35, Williams learns that Sorokin has not been paying her hotel bills and has been kicked out of the hotel.  And at *id.*, 28:08-32:46, Kacy and Williams confront Sorokin at a restaurant about the money she owes Williams, and Sorokin responds by being cold and aloof. | See above, plus:<br><br>**No Defamatory Meaning**:<br>• There is no support for Plaintiff's claim that this scene portrays Williams as hypocritical because in a prior episode she defended Sorokin and refused to turn her in.  To the contrary, any reasonable viewer would understand, from watching the episodes sequentially, that Williams at first tried to protect Sorokin when she believed they were still friends, but then later, only when it became clear that Sorokin was a fraud, decided to involve the authorities. |

| | Compl. ¶ 75. | to help them arrest Sorokin.<br><br>Compl. ¶ 78. | | |
|---|---|---|---|---|
| **13th Set of Allegedly Defamatory Statements**<br><br>**Episode 9, 44:40-45:52**<br><br>(This episode is told from the perspective of Todd Spodek, Sorokin's lawyer.) | *KACY You dropped a dime on Anna? Worked with the cops? Set her up? Lured her out of rehab?*<br>*WILLIAMS: Look, I can explain. I know you're probably angry.*<br>*KACY: This is shock. You'll know when I'm angry.*<br>*WILLIAMS: I had to cooperate with the police. It was the only way to get reimbursed.*<br>*KACY: Why hide it?*<br>*WILLIAMS: I was ashamed. I felt used. By the police, by the prosecutor.*<br>*KACY: I feel used. By you. Thinking you're some kind of victim in all this. Taking care of yourself.*<br>*WILLIAMS: I am a victim in all of this.* | Claims the statement is defamatory because:<br><br>• Williams is falsely portrayed as a liar who misled mutual friends about her role in Sorokin's arrest;<br><br>• as a disloyal and opportunistic friend who assisted law enforcement to arrest a friend for her financial benefit;<br><br>• as someone who falsely claimed to be a victim of the Sorokin saga when in fact she benefited financially; | See above, plus:<br><br>**Trial Transcript**<br>• For the Vanity Fair Article, Book, and HBO option, Williams received a total of approximately $332,300 dollars. *See* Ex. 3 at 1979:25-1980:12.<br><br>**The Book:**<br>• Williams became heavily involved in helping the prosecution build their case against Sorokin—providing them with a timeline of Sorokin's activities, screenshots of Sorokin's social media posts, names and information about people Sorokin had mentioned or was photographed with, a full history of Williams' text messages with Sorokin, locations where Sorokin spent money, which apps Sorokin used, and even audio recordings of a conversation with Sorokin that Williams secretly recorded. (Ex. 1 at 207-08);<br><br>• *See above* on how Williams made sure to "keep [Sorokin] in the dark," | See above, plus:<br><br>**Substantial Truth:**<br>• Williams did provide substantial assistance to law enforcement to get Sorokin arrested and prosecuted. She also misled Sorokin in the process.<br><br>• Williams also benefited financially from the Sorokin saga, receiving over $300k in deals with various media outlets.<br><br>• Additionally, American Express eventually cleared Williams of responsibility for the Hotel charges, so she never even had to pay the money she believes Sorokin stole from her.<br><br>• Despite ultimately not losing any money from the Morocco trip and receiving over $300,000 to tell her story to the media—and the |

| | | | |
|---|---|---|---|
| | *KACY: At least you get to cry into all that money. Looks like you'll have plenty left over even after you pay Amex the 60k you owe. Unless someone already paid that back for you. Do not withhold from me at this moment.* <br> *WILLIAMS: Amex took care of it. They saw how crazy this situation was and they…* <br> *KACY: So you made out just fine from dropping a dime on your friend." (Rachel hurries past her down the stairs without saying anything else.)* <br><br> Compl. ¶ 79. | • and as someone who was ashamed of her actions. <br><br> Compl. ¶ 82. | throughout this process.   (*Id.* at 205); <br><br> • Williams testified at Sorokin's grand jury hearing; and the jury indicted Sorokin on several counts of actual or attempted grand larceny. (*Id.* at 219-222); *see also* Compl. ¶ 20. <br><br> • *See above* on how Williams informed prosecutors that Sorokin was in a rehabilitation facility in California and orchestrated her arrest. (*Id.* at 237-46); <br><br> • Williams says this process began to "weigh" on her.  "Unlike [Sorokin], I saw trust in a relationship as a value to honor, not to exploit, and as terrible as she had been to me, to break that trust from my side felt unnatural. Nevertheless, I went on." (*Id.* at 234); <br><br> • Williams asks, "Why did I have to be the one to betray her [Sorokin]?" (*Id.* at 238); and <br><br> • Williams states that after she testified at Sorokin's trial, she got a call from American Express telling her that she "would be protected | jury determining that Sorokin was not criminally responsible for defrauding Williams—Williams still believes she is a victim. <br><br> • Williams' assistance to law enforcement "weighed on her" and she felt she "betrayed" Sorokin. <br><br> • Williams did not include in her Vanity Fair article the fact that she had helped orchestrate Sorokin's sting arrest—indicating that she may have been ashamed of her actions at the time. <br><br> **Opinion**: <br> • Portraying Williams as someone who "claimed to be a victim when in fact she benefited financially" or "is ashamed of her actions" is protected opinion based on disclosed facts. <br><br> **No Defamatory Meaning**: <br> • In this episode, Williams has an opportunity to give her side of the story (and "stand in her power") |

| | | | | from the charges—the remainder of the La Mamounia bill." (*Id.* at 272).<br><br>**The Complaint**<br>• Notes that the jury at Sorokin's trial ultimately acquitted Sorokin of the larceny charges involving Williams. Compl. ¶ 21.<br><br>**The Vanity Fair Article**<br>• The Article does not disclose Williams' role in Sorokin's sting arrest.<br><br>**Additional Context from the Series:**<br>• Before Sorokin's trial, Kacy tells Williams that Sorokin is the one who should be scared, not Williams, because Sorokin committed a crime and betrayed her friend's trust, unlike Williams. Kacy says: "Stand in your truth, fortified by kindness and tell your story." (Ex. 4, Ep. 9, 24:06-25:06);<br><br>• On direct examination, Williams tells the jury how the financial situation and betrayal by Sorokin affected her life. She says: "Honestly, the money, the stress she caused me with my work, and family, as horrible as all that was, . . . but I loved Anna . . . I was | through her direct examination testimony— which even brings the jury to tears in sympathy for her, as she describes how the financial situation has impacted her life. During direct examination, she also explains that she decided to write about the situation to pay off enormous debt and so that she could be the one to tell her story. She also defends herself in cross-examination, saying that she was not motivated by financial gain in turning in Sorokin and accepting book and movie deals; and that this is not about entertainment, but "about law and order and a crime." Thus, this scene is not defamatory because it portrays Williams' point of view. |

| | | | | |
|---|---|---|---|---|
| | | | supportive, I was a good friend to her . . .  So when suddenly she became this vicious person . . . . I honestly don't know if I'll ever be able to trust anyone ever again." The jury is moved to tears.  (*Id.*, Ep. 9 at 26:15-27:50);<br><br>• Additionally, on direct examination, when asked by the DA why Williams chose to monetize the experience, Williams responds: "Enormous debt. . .  And it felt very important to me that I be the one to tell my story."  Kacy nods in approval.  (*Id.*, Ep. 9 at 28:00-28:45);<br><br>• During cross-examination, it comes out that Williams worked with the DA to orchestrate Sorokin's arrest and also that she got a book deal, HBO deal, and paid-for Vanity Fair Article (all true).  Williams still gets to put forth her side of the story.  She says "I don't want my testimony to be misconstrued or seen as a ploy for my own benefit because it's not.  It's not about entertainment, it's about law and order and a crime. . . .  This is about trauma, the judicial system in America, warning others . . . . This | |

| | | | is the most traumatic thing that I have ever been through." (*Id.*, Ep. 9 at 42:00-42:47). | |
|---|---|---|---|---|
| **14th Set of Allegedly Defamatory Statements**<br><br>**Episode 7, 33:22-33:35**<br><br>(This episode is told from the perspective of Williams.) | *KACY (to Vivian): I told Rachel we should contact Anna's parents. We could find them online or something. VIVIAN: So you spoke to Anna's parents? KACY: No, Rachel said she wanted to think about it. [Laughs] And then, I saw her article today. These girls are toxic—all of them.*<br><br>Compl. ¶ 83. | Claims the statement is defamatory because:<br><br>• Williams is falsely portrayed as a manipulative and deceitful person who misled Kacy about wanting to help Sorokin in order to dissuade her from calling Sorokin's parents while she worked on the Vanity Fair article.<br><br>Compl. ¶¶ 84-86. | **Complaint:**<br>• The Complaint admits that "Williams told Kacy that she wanted to think about contacting Sorokin's parents." Compl. ¶ 85.<br><br>**Vanity Fair Article:**<br>• Williams published the Vanity Fair Article in April 2018. Sorokin stood trial in April 2019. | **Substantial Truth:**<br>• The Complaint admits that "Williams told Kacy that she wanted to think about contacting Sorokin's parents." Compl. ¶ 85. And it is also true that Plaintiff published the Vanity Fair Article in April 2018, long before Sorokin's trial in April 2019—rendering this whole scene substantially true.<br><br>**Opinion:**<br>• Calling someone "toxic" because they do not want to help a former friend is a matter of protected opinion based on disclosed facts.<br><br>**No Defamatory Meaning:**<br>• It is not defamatory to decide not to contact the parents of a former friend if you believe you were defrauded by that friend. In fact, it is entirely understandable that one would not want to help a |

| | | | | former friend given the situation. |
|---|---|---|---|---|
| **15th Set of Allegedly Defamatory Statements**<br><br>**Episode 7, 16:25-16:39**<br><br>(This episode is told from the perspective of Williams.) | *LINDA (Vanity Fair employee): … I had a message from Amex, something about an unpaid balance on your corporate card."*<br>*WILLIAMS: Oh. Mine?*<br>*LINDA: Look, Marco's doing his quarterly checks next week, so you'd better pay whatever need spaying by then.[sic]*<br>*WILLIAMS: Definitely. I'll have everything cleared. I must have forgotten.*<br>*LINDA;*<br>*Sure."(Williams immediately calls Sorokin and leaves a message imploring her to send her the money she is owed).*<br><br>Compl. ¶ 87. | Claims the statement is defamatory because:<br><br>• Williams is portrayed as an unethical, evasive and deceitful employee who lied about being aware of this charge.<br><br>Compl. ¶ 89. | **Complaint**<br>• Confirms that the Moroccan hotel La Mamounia charged Williams' Business Amex for $16,670. Compl. ¶ 14.<br><br>**Trial Testimony:**<br>After weeks had passed, Williams texted Sorokin that she would "have to explain to corporate accountants why I have such a huge overdue personal charge on my corporate AmEx." Ex. 3 at 1952:25-1953:1.<br><br>• Q Okay. And had you told anybody at work about your nonprofessional use of the corporate card at this point?  [This point being weeks after the charges were made.]<br>A It's hard to remember the exact chronology. I told a colleague. I'm not sure. (*Id.* at 1958:20-23);<br><br>• Testimony also includes Williams reading a June 7, 2017 text message she sent to Sorokin saying "I cannot afford to have this delayed any further.  My employer is able to see my corporate statement, which is | **Substantial Truth**:<br>• It is true that Williams' Business Amex was charged $16,670 from the Moroccan hotel.  In her book and trial testimony, Williams also recites texts she sent to Sorokin that make very clear that she was quite nervous about the effect that these charges would have on her employment at Vanity Fair if they found out—stating repeatedly that her job was in jeopardy.  And Williams' trial testimony and book also make clear that she did not immediately disclose these charges to Vanity Fair.<br><br>**No Defamatory Meaning**:<br>• Williams is portrayed sympathetically in this scene—trying to figure out what to do as a victim of theft but also trying to defend and protect her friend Sorokin even at her |

|  |  |  | extremely high and past due." (*Id.* at 1938:16-18); <br><br> • In later texts, she tells Sorokin: "I feel so sick and I'm legit crying at work." (*Id.* at 1947:24-1948:1). <br><br> **The Book:** <br> • "And there were new charges, this time to my Condé Nast corporate card—two lines from La Mamounia, which totaled $16,770.45. . . . My stomach did a somersault. ***If I received Anna's wire promptly, I could put the money toward payment of my corporate statement before anyone noticed.***" (Ex. 1 at 122 (emphasis added)); <br><br> • Williams texts Sorokin "my job is on the line here.… I feel like you've been stalling on this for weeks and it's finally gotten to this point where I can't cover it any more." (*Id.* at 139-40); <br><br> • "My job and finances are on the line." (*Id.* at 141); <br><br> • "I smiled at colleagues in the hallway wondering if they could tell." (*Id.* at 143); | own personal risk.  For example, when Linda confronts Williams about the charges, Williams responds that Sorokin is her friend and "Whatever she's going through right now, she's gonna figure it out and come out stronger for it, same as I will." <br><br> • Later in that episode, Noah also refers to Williams as a "good person" and a "good friend." |

|  |  |  | • On August 4, 2017, Williams sent a message to Sorokin saying, "my job is on the line." (*Id.* at 206); |  |
|--|--|--|--|--|

• "*How is everything else?* [Sorokin] asked. *Hope you didn't get in much trouble with your job.* How could she not realize? There was nothing in my life that was untouched by the immensity of my ongoing stress. Obviously she didn't understand the weight of the damage she'd caused." (*Id.* at 235).

**Additional Context from the Series**
• Episode 6:  Williams is portrayed as being responsible in that she is not willing to put down her Business Amex card and only agrees to put it down as a hold at La Mamounia so she can use her personal card to pay for the tour. (Ex. 4, Ep. 6 at 34:22-34:43 and 35:11-36:39);

• Episode 7 (from Williams' perspective):  While it shows Williams not coming forward to Vanity Fair to discuss the charges initially, it also shows her doing so in order to defend Sorokin as her friend.  For example:

<table>
<tr><td></td><td></td><td></td><td>

• Noah tells Williams "you got to look out for yourself" and Williams says "what do you mean? [Sorokin's] my friend." Williams defends Sorokin against Noah saying "she's different, that's all, she exists on a different plane, but she's good for it [the money]. Everything's gonna be fine." (*Id.*, Ep. 7 at 14:30-15:03);

• Williams defends Sorokin to Linda at Vanity Fair, saying she does not want to turn her in: "You don't know her! Look, to you, she's an inconvenient accounting hold up. To me, she's my friend. . . . Whatever she's going through right now, she's gonna figure it out and come out stronger for it, same as I will." (*Id.* at 19:15-19:46);

• Williams asks Noah if this financial situation is her fault; he says, "you're a good person and you were being a good friend." (*Id.* at 43:51-44:07).

</td><td></td></tr>
<tr><td>

**16th Set of Allegedly Defamatory Statements**

</td><td>

*LINDA: Something you want to tell me?*
*LINDA: You let her spend $62,000 on your company AmEx?*

</td><td>

Claims the statement is defamatory because:

</td><td>

Same as above, plus:

**Additional Context from the Series:**
• At the end of the last scene that Plaintiff identifies, Williams stands

</td><td>

Same as above, plus:

**No Defamatory Meaning:**
• Williams comes across sympathetically in this scene

</td></tr>
</table>

| | | | | |
|---|---|---|---|---|
| **Episode 7, 18:40-18:51; 38:10-38:45; and 45:43-48**<br><br>(This episode is told from the perspective of Williams.) | *WILLIAMS: I didn't let her. I mean, I did, but she is supposed to pay me back."*<br>...<br>*"RACHEL: I... I swear, I wasn't trying I wasn't trying to defraud the company. She said she would pay me back. /*<br>*VANITY FAIR EXEC: This isn't about your friend, but your lack of judgment.*<br>*RACHEL: But it wasn't my fault.*<br>*VF EXEC: Whose then?*<br>*RACHEL: I tried to fix it.*<br>*EXEC: You failed.*<br>*RACHEL: Are you firing me?*<br>*EXEC: If an investigation finds that you were in on it, we'll be calling in the police.*<br>*RACHEL: Wait, I... I didn't take any of it.*<br>*EXEC: You stayed at the hotel, didn't you?* | • Williams is falsely portrayed as an irresponsible employee whose employer believed that she helped a friend defraud the company out of $62,000;<br><br>• and whose misconduct was sufficiently serious to warrant an investigation and the return of her IDs and credit cards.<br><br>Compl. ¶ 95. | up for herself to the Vanity Fair executives, saying that: "In the state of New York, I'm entitled to a lawyer in compliance with the National Labor Relations Act in any disciplinary inquiry. Also you failed to inform me that I could have an independent representative present for this meeting. . . . It's the law." When Linda asks her "What was that in there?", Williams responds: "I'm standing up for myself." (Ex. 4, Ep. 7, 45:43-46:30). | as she stands up for herself and her legal rights. This episode (Episode 7), shot from Williams' perspective, show her as a victim of fraud, who cares about her friend Sorokin, and stands up for her own rights.<br><br>**Substantial Truth**<br>• *See* above, where Williams concedes that thousands of dollars were charged to her Vanity Fair credit card, and she initially did not tell her employer. It is unclear if or when Williams ever did disclose the situation to her employer, but her statements indicate that she may have at least delayed doing so for months. The "sting," if any, is that Williams failed to disclose these charges to her employer, which is substantially true. |

| | | | |
|---|---|---|---|
| | *RACHEL: Can't you understand what I've gone through?*<br>*EXEC: You helped your friend defraud this company. You're neck deep in this Rachel."*<br><br>*...*<br>*VF EXEC: Rachel, until this investigation is complete, I'll need you to return all your company IDs and credit cards. . .*<br><br>Compl. ¶¶ 90-92. | | |