# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 1:22-cv-01132-CFC |
| NETFLIX, INC., | : The Hon. Colm F. Connolly |
| Defendant. | : |

## DECLARATION OF RACHEL F. STROM IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER

I, Rachel F. Strom, declare as follows:

1.  I am an attorney with the law firm of Davis Wright Tremaine LLP and one of the attorneys representing defendant Netflix, Inc. I make this declaration based on personal knowledge, except where specified as made on information and belief. If called to testify, I would testify competently thereto.

2.  In Plaintiff's Complaint, Plaintiff does not appear to identify a single witness that could be compelled to testify in the District of Delaware.

3.  Rather, Plaintiff's Complaint names or otherwise identifies a number of prospective third-party witnesses, including Anna Sorokin, Jessica Pressler who authored the article upon which the Series is based, Ms. Sorokin's friend Neffatari Davis, Ms. Sorokin's personal trainer Kacy Duke, and Ms. Sorokin's former

attorney Todd Spodek. Compl. ¶¶ 7-8, 10, 17, 19-22. In the Complaint, it is clear that all of these prospective witnesses lived or worked in New York. *Id.*

4. Attached hereto as **Exhibit A** is a true and correct copy of an article by Jennifer Peltz from the Associated Press entitled "'Fake heiress released to house arrest, fights deportation,'" which is dated October 8, 2022, and is available at https://apnews.com/article/entertainment-arrests-immigration-migration-anna-sorokin-ed844ff98aa8fbbd44d03421928c46a2. Thus, it appears that Anna Sorokin is not only based in New York, but she is on home confinement in New York City.

5. Attached hereto as **Exhibit B** is a true and correct copy of Jessica Pressler's website which states she is "a staff writer at New York Magazine" and that she "currently resides in Queens."

6. Attached hereto as **Exhibit C** is a true and correct copy of a description of Kacy Duke's fitness business, Age Defying Physique, which states that it is located in Hudson Yards, in New York City.

7. Attached hereto as **Exhibit D** is a true and correct copy of Todd Spodek's license to practice law in New York. And, according to the website for "Spodek Law Group," which is available at, https://www.nyccriminalattorneys.com/contact-us/, Mr. Spodek has offices in New York and California.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of November, 2022.

_____
Rachel F. Strom