**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

RACHEL DELOACHE WILLIAMS,

                Plaintiff,

    v.

NETFLIX, INC.,

                Defendant.

C.A. No. 22-cv-1132-CFC

**<u>NOTICE OF SUBPOENAS</u>**

       PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil

Procedure, Plaintiff Rachel DeLoache Williams served subpoenas on: (i) Jess Brownell, attached

as Exhibit 1 and (ii) Nicholas Nardini, attached as Exhibit 2.


Dated: January 3, 2024

Respectfully submitted,

FARNAN LLP

<u>/s/ Brian E. Farnan</u>
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Rodney Smolla (Bar No. 6327)
164 Chelsea Street
South Royalton, VT 05068
rodsmolla@gmail.com
(864) 373-3882

Alexander Rufus-Isaacs (admitted *pro hac vice*)
RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210

Phone: (310) 274-3803
aisaacs@rufuslaw.com

*Attorneys for Plaintiff Rachel*
*DeLoache Williams*