# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No.: 1:22-cv-01132-CFC |
| v. | : |
| | : The Hon. Colm F. Connolly |
| NETFLIX, INC., | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that he caused copies of the following third parties' Responses and Objections to Plaintiff's Subpoenas to be served on February 16, 2024: Jessica Pressler, Carolyn Ingber Lewinsky, Nicholas Nardini, Abby Ajayi, Jess Brownell, Matt Byrne, and Katie Lowes. These Responses and Objections were served on the following counsel of record by electronic mail:

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market St., 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Alexander Rufus-Isaacs
RUFUS-ISAACS, ACLAND
  & GRANTHAM LLP
9440 Santa Monica Blvd., Suite 301

Beverly Hills, CA 90210
aisaacs@rufuslaw.com

Rodney Smolla
164 Chelsea Street
South Royalton, VT 05068
rodsmolla@gmail.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: February 16, 2024 | BARNES & THORNBURG LLP |
| | |
| | */s/  Thomas E. Hanson, Jr.* |
| | Thomas E. Hanson, Jr. (No. 4102) |
| | 222 Delaware Avenue, Suite 1200 |
| | Wilmington, DE 19801-1050 |
| | Tel: 302-300-3474 |
| | Fax: 302-300-3456 |
| | Email:  Thanson@btlaw.com |
| | |
| | DAVIS WRIGHT TREMAINE LLP |
| | Rachel F. Strom (*pro hac vice*) |
| | Chelsea T. Kelly (*pro hac vice*) |
| | Lindsey B. Cherner (*pro hac vice*) |
| | Olalekan N. Sumonu (*pro hac vice*) |
| | 1251 Sixth Avenue, 21st Floor |
| | New York, New York 10020 |
| | Tel: 212-402-4069 |
| | rachelstrom@dwt.com |
| | chelseakelly@dwt.com |
| | lindseycherner@dwt.com |
| | osumonu@dwt.com |
| | |
| | *Attorneys for Defendant Netflix, Inc.* |