IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, : <br> : <br> Plaintiff, : <br> : C.A. No.: 1:22-cv-01132-CFC <br> v. : <br> : The Hon. Colm F. Connolly <br> NETFLIX, INC., : <br> : <br> Defendant. : <br> : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that he caused copies of Third Party Melissa Lo's Responses and Objections to Plaintiff's Subpoena to be served on February 23, 2024, on the following counsel of record by electronic mail:

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market St., 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Alexander Rufus-Isaacs
RUFUS-ISAACS, ACLAND
  & GRANTHAM LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
aisaacs@rufuslaw.com

Rodney Smolla
164 Chelsea Street
South Royalton, VT 05068
rodsmolla@gmail.com

*Attorneys for Plaintiff*

Dated: February 23, 2024

BARNES & THORNBURG LLP

/s/  *Thomas E. Hanson, Jr.*
Thomas E. Hanson, Jr. (No. 4102)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801-1050
Tel: 302-300-3474
Fax: 302-300-3456
Email:  Thanson@btlaw.com

DAVIS WRIGHT TREMAINE LLP
Rachel F. Strom (*pro hac vice*)
Chelsea T. Kelly (*pro hac vice*)
Lindsey B. Cherner (*pro hac vice*)
Olalekan N. Sumonu (*pro hac vice*)
1251 Sixth Avenue, 21st Floor
New York, New York 10020
Tel: 212-402-4069
rachelstrom@dwt.com
chelseakelly@dwt.com
lindseycherner@dwt.com
osumonu@dwt.com

*Attorneys for Defendant Netflix, Inc.*