# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 1:22-cv-01132-CFC |
| NETFLIX, INC., | : The Hon. Colm F. Connolly |
| Defendant. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that he caused copies of the following third parties' Responses and Objections to Plaintiff's Subpoenas to be served on March 8, 2024: Juan Carlos Fernandez, David Frankel, Ellen Kuras, Thomas Verica, Kyle Bond, Christal Khatib, Katharine Ciric, and Linda Lowy. These Responses and Objections were served on the following counsel of record by electronic mail:

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market St., 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Alexander Rufus-Isaacs
RUFUS-ISAACS, ACLAND
  & GRANTHAM LLP
9440 Santa Monica Blvd., Suite 301

Beverly Hills, CA 90210
aisaacs@rufuslaw.com

Rodney Smolla
164 Chelsea Street
South Royalton, VT 05068
rodsmolla@gmail.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: March 8, 2024 | BARNES & THORNBURG LLP |

*/s/  Thomas E. Hanson, Jr.*
Thomas E. Hanson, Jr. (No. 4102)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801-1050
Tel: 302-300-3474
Fax: 302-300-3456
Email:  Thanson@btlaw.com

DAVIS WRIGHT TREMAINE LLP
Rachel F. Strom (*pro hac vice*)
Chelsea T. Kelly (*pro hac vice*)
Lindsey B. Cherner (*pro hac vice*)
Olalekan N. Sumonu (*pro hac vice*)
1251 Sixth Avenue, 21st Floor
New York, New York 10020
Tel: 212-402-4069
rachelstrom@dwt.com
chelseakelly@dwt.com
lindseycherner@dwt.com
osumonu@dwt.com

*Attorneys for Defendant Netflix, Inc.*