# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 1:22-cv-01132-CFC |
| NETFLIX, INC., | : The Hon. Colm F. Connolly |
| Defendant. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that he caused copies of Nzingha Stewart's Responses and Objections to Plaintiff's Third-Party Subpoena to be served on March 15, 2024, on the following counsel of record by electronic mail:

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market St., 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Alexander Rufus-Isaacs
RUFUS-ISAACS, ACLAND
 & GRANTHAM LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
aisaacs@rufuslaw.com

Rodney Smolla
164 Chelsea Street
South Royalton, VT 05068
rodsmolla@gmail.com

*Attorneys for Plaintiff*


Dated: March 15, 2024

BARNES & THORNBURG LLP

/s/  *Thomas E. Hanson, Jr.*
Thomas E. Hanson, Jr. (No. 4102)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801-1050
Tel: 302-300-3474
Fax: 302-300-3456
Email:  Thanson@btlaw.com

DAVIS WRIGHT TREMAINE LLP
Rachel F. Strom (*pro hac vice*)
Chelsea T. Kelly (*pro hac vice*)
Lindsey B. Cherner (*pro hac vice*)
Olalekan N. Sumonu (*pro hac vice*)
1251 Sixth Avenue, 21st Floor
New York, New York 10020
Tel: 212-402-4069
rachelstrom@dwt.com
chelseakelly@dwt.com
lindseycherner@dwt.com
osumonu@dwt.com

*Attorneys for Defendant Netflix, Inc.*

2