IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | :<br>:<br>:<br>:  C.A. No.: 1:22-cv-01132-CFC<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION AND [PROPOSED] ORDER FOR NEW DISCOVERY SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Rachel DeLoache Williams ("Plaintiff") and Defendant Netflix, Inc. ("Defendant"), pursuant to this Court's instruction (D.I. 49 ¶ 8), the parties have conferred and agree that the Scheduling Order be revised as set forth below:

1. End of Fact Discovery will be December 13, 2024.

2. Offensive side expert reports due by January, 24, 2025.

3. Rebuttal expert reports due by March 7, 2025.

4. Expert depositions complete by March 28, 2025.

5. Summary Judgment motions due by April 24, 2025. If, however, expert witnesses are not put forward by the parties, summary judgment motions will be due January 30, 2025.

The parties will submit to the Court an updated schedule for trial, as needed, following adjudication of summary judgment motions.

Dated: May 1, 2024                                              Respectfully submitted,

| FARNAN LLP | BARNES & THORNBURG LLP |
|---|---|
| */s/ Brian E. Farnan* | */s/ Thomas E. Hanson, Jr.* |
| Brian E. Farnan (Bar No. 4089) | Thomas E. Hanson, Jr. (No. 4102) |
| Michael J. Farnan (Bar No. 5165) | 222 Delaware Avenue, Suite 1200 |
| 919 N. Market Street | Wilmington, DE 19801 |
| 12th Floor | Tel: 302-300-3474 |
| Wilmington, DE 19801 | Fax: 302-300-3456 |
| (302) 777-0300 | Email: Thanson@btlaw.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | OF COUNSEL: |
| | DAVIS WRIGHT TREMAINE LLP |
| OF COUNSEL: | Rachel F. Strom (admitted *pro hac vice*) |
| RUFUS-ISAACS ACLAND & GRANTHAM LLP | Chelsea T. Kelly (admitted *pro hac vice*) |
| Alexander Rufus-Isaacs | Lindsey B. Cherner (admitted *pro hac vice*) |
| 9420 Wilshire Blvd., Suite B10 | Olalekan N. Sumonu (admitted *pro hac vice*) |
| Beverly Hills, CA 90212 | 1251 Sixth Avenue, 21st Floor |
| Phone: (310) 274-3803 | New York, New York 10020 |
| aisaacs@rufuslaw.com | Tel: 212-402-4069 |
| | rachelstrom@dwt.com |
| *Attorneys for Plaintiff* | chelseakelly@dwt.com |
| | lindseycherner@dwt.com |
| | osumonu@dwt.com |
| | |
| | *Attorneys for Defendant* |

SO ORDERED on this __ day of _____, 2024.

_____
THE HON. COLM F. CONNOLLY
UNITED STATES DISTRICT COURT CHIEF JUDGE

3