IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, an individual,<br><br>Plaintiff,<br><br>-against-<br><br>NETFLIX, INC., a Delaware corporation,<br><br>Defendant. | C.A. No.: 1:22-cv-01132-CFC<br><br>The Hon. Colm F. Connolly |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant Netflix, Inc., by and through its attorneys, served a third-party subpoena for documents on Allen Bown of Simon & Schuster, Inc. (proof of service attached as Ex. A).

Defendant served a copy of the third-party subpoena on the following counsel of record:

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market St., 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Alexander Rufus-Isaacs
RUFUS-ISAACS, ACLAND
& GRANTHAM LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
aisaacs@rufuslaw.com

*Attorneys for Plaintiff*

Defendant served this copy upon the aforementioned counsel on August 20, 2024.

Dated: August 22, 2024

BARNES & THORNBURG LLP

/s/ *Thomas E. Hanson, Jr.*
Thomas E. Hanson, Jr. (No. 4102)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801-1050
Tel: 302-300-3474
Fax: 302-300-3456
Email: thanson@btlaw.com

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Andrew G. Celli, Jr. (*pro hac vice*)
Sana F. Mayat (*pro hac vice*)
600 Fifth Avenue, 10th Floor
New York, New York 10020
Tel: 212-402-4069
acelli@ecbawm.com
smayat@ecbawm.com

*Attorneys for Defendant Netflix, Inc.*