# EXHIBIT A

| Attorney or Party without Attorney:<br>Andrew G. Celli, Jr., Esq.<br>EMERY CELLI BRINCKERHOFF & ABADY LLP<br>600 FIFTH AVENUE 10TH FLOOR<br>NEW YORK, NY 10020<br>Telephone No: (212) 763-5000<br><br>Attorney For: Defendant | Ref. No. or File No.:<br>3683.1 | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
USDC-District of Delaware

Plaintiff: RACHEL DELOACHE WILLIAMS
Defendant: NETFLIX, INC.

| PROOF OF SERVICE | Hearing Date:<br>9/20/24 | Time:<br>5:00pm | Dept/Div: | Case Number:<br>22-cv-01132 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. a. Party served: Simon & Schuster, Inc.
   b. Person served: Allen Bowen, Employee, Authorized to Accept Service

4. Address where the party was served: 1230 6th Avenue, New York, NY 10020

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Aug 20 2024 (2) at: 01:42 PM

6. **Person Who Served Papers:**
   a. Zanekee Pow #2025377
   b. FIRST LEGAL
   3600 Lime Street, Suite 626
   RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. *The Fee* for Service was:

   Lexitas #2098109-DCA
   1235 BROADWAY 2ND FLOOR
   NY, NY 10001

7. I declare under penalty of perjury that the foregoing is true and correct.

8/21/24                    Y. Pow
(Date)                    (Signature)



PROOF OF SERVICE

11641521
(390785)