IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RACHEL DELOACHE WILLIAMS,

            Plaintiff,

v.

NETFLIX, INC.,

            Defendant.

C.A. No. 22-cv-1132-CFC-EGT

**MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

The parties respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

1. Williams seeks Supplementary Responses from Netflix to Interrogatories Nos. 2, 3, 4, 5, 6, and 8.

2. Williams seeks production of documents withheld or redacted by Netflix based on its assertion of the attorney client privilege and/or work product protection.

3. Williams seeks production of documents withheld or redacted by Netflix based on its assertion of the reporter's privilege.

4. Williams seeks production of all contracts between Netflix and Shondaland.

5. Williams seeks supplementary responses by Netflix to Requests for Production.

6. Netflix seeks responses from Williams to its Requests for Production Nos. 49 and 50.

7. Netflix seeks a computation of damages from Williams in compliance with Federal Rule of Civil Procedure 26.

8. Netflix seeks production of certain communications withheld by Williams and third parties represented by Plaintiff's counsel on the basis of attorney-client privilege, which involve third parties such as Williams' boyfriend, mother, and friend.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone or zoom on the following dates: July 31, 2024, for 37 minutes with all counsel named below except Mr. Hanson; August 7, 2024, for 13 minutes with all counsel named below; and August 23, 2024, for 15 minutes with all counsel named below except Ms. Strom.

Plaintiff's Counsel:

    Delaware Counsel:    Brian Farnan

    Lead Counsel:    Alexander Rufus-Isaacs

Defendant's Counsel:

    Delaware Counsel:    Thomas Hanson

    Lead Counsel:    Rachel Strom and Chelsea Kelly

The parties are available for a teleconference on the following dates: September 3 and September 4

This dispute is the first time that a discovery or protective order dispute has been brought before the Court.

| | |
|---|---|
| Dated: August 26, 2024 | Respectfully submitted, |
| FARNAN LLP | BARNES & THORNBURG LLP |
| /s/ Brian E. Farnan | /s/ Thomas E. Hanson, Jr. |
| Brian E. Farnan (Bar No. 4089) | Thomas E. Hanson, Jr. (No. 4102) |
| Michael J. Farnan (Bar No. 5165) | 222 Delaware Avenue, Suite 1200 |
| 919 North Market St., 12th Floor | Wilmington, DE 19801-1050 |
| Wilmington, DE 19801 | Tel: 302-300-3474 |
| Telephone: 302-777-0300 | Fax: 302-300-3456 |
| Facsimile: 302-777-0301 | Email: Thanson@btlaw.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | *Attorneys for Defendant Netflix, Inc.* |
| | |
| *Attorneys for Plaintiff Rachel DeLoache Williams* | |