# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NETFLIX, INC., ) <br> ) <br> Defendant. ) | C.A. No.: 22-1132-CFC-EGT |

## [PROPOSED] ORDER

Having considered Defendant Netflix, Inc.'s Motion to Compel, as well as any opposition thereto, reply in support thereof, accompanying exhibits, and argument concerning the same, the Court hereby GRANTS Defendant's Motion to Compel.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff Rachel Deloache Williams shall produce all documents in her possession, custody, or control that are responsive to Defenadant's Requests for Production of Documents Nos. 49 (all documents related to Plaintiff's earned income, including wages and investments, for the years 2018 to present) and 50 (a copy of each of plaintiff's federal tax returns from the years 2018 to the present).

2. Plaintiff shall produce a "computation of each category of damages claimed" in compliance with Federal Rule of Civil Procedure 26(a)(1)(A)(iii).

3. Plaintiff shall produce the documents highlighted on the compiled privilege logs, attached as Exhibit 6 to Defendant's Motion.

SO ORDERED this ___ date of _____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE