IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS,<br><br>              Plaintiff,<br>v.<br><br>NETFLIX, INC.,<br><br>              Defendant. | C.A. No. 22-cv-1132-CFC-EGT |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's September 6, 2024 letter brief in support of her motion to compel (the "Motion") and Defendant's opposition, it is hereby ordered that the Motion is GRANTED.

1. Within 10 days from the date of this Order, Netflix shall provide full and complete supplemental responses without objections to Plaintiff's Interrogatories nos. 2, 3, 4, 5, 6 and 8.

2. Within 10 days from the date of this Order, Netflix shall produce (a) those documents for which it provided insufficient information in the log to satisfy FRCP Rule 26(b)(5) which are highlighted in yellow on privilege logs; (b) communications between Netflix lawyers and Shondaland (over which Netflix asserted the joint defense privilege) ) which are highlighted in blue on privilege logs; (c) communications between Netflix lawyers and The Joan Pearce Research Agency ("JPRA") ) which are highlighted in green on privilege logs; (d) communications between Netflix lawyers and third parties who are not employed by Netflix, Shondaland or JPRA) which are highlighted in red on privilege logs; and (e) communications between (i) Netflix

  personnel who are not lawyers and (ii) other Netflix non-lawyers or Shondaland employees or third parties ) which are highlighted in magenta on privilege logs.

3. Within 10 days from the date of this Order, Netflix shall produce those documents over which it has asserted the reporter's shield privilege under New York Civil Rights Law §79-h, which are in red, green, blue and purple text on privilege logs.

4. Within 10 days from the date of this Order, Netflix shall produce all documents in its possession, custody or control that are responsive to Plaintiff's Requests for Production Nos. 30, 31 and 36.

5. Within 10 days from the date of this Order, Netflix shall provide supplemental responses to Plaintiff's Requests for Production stating unequivocally, for each Request, whether it has produced any documents that are responsive to that Request.

Date: _____        _____
                 The Honorable Eleanor G. Tennyson