# EXHIBIT 2

## **COLOR CODING KEY**

### **Attorney Client Privilege/Work Product – Highlighting is Color Coded**

Yellow        Insufficient Information

Blue        Communications between Netflix inhouse lawyers and Shondaland (joint defense privilege asserted, among other privileges)

Green        Communications between Netflix and JPRA

Red        Communications between Netflix attorneys and persons who are not employed by either Netflix or Shondaland or JPRA (may have also been shared with employees of Shondaland or JPRA)

Magenta        Communications between Netflix personnel who are not attorneys (may include Netflix attorneys on the c.c. line, and non-attorneys at Shondaland)

### **Reporters' Privilege – Text is Color Coded**

Red text        Redaction in a draft script.

Green text        Redaction in a document written by Jessica Pressler, or given to her by a source

Blue text        Redaction appears in a document NOT written by Jessica Pressler

Purple text        Redaction appears in a production schedule, cast list, etc., whose author and circulation list is unknown

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX000075 | NETFLIX000150 | | | | | Redact | Newsgathering - Confidential Sources | Document containing information protected from disclosure by Article 1, Section 8 of the New York State Constitution, Section 79-h of the New York Civil Rights Law, the First and Fourteenth Amendments to the United States Constitution, and any other constitutional, statutory or common law privilege that protects journalists from disclosing the identities of their sources and otherwise discussing information obtained during the course of their newsgathering activity (hereinafter, the "Reporters' Privilege") and unrelated to Plaintiff Rachel Williams |
| NETFLIX000228 | NETFLIX000298 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, specifically the identities of confidential sources |
| NETFLIX000299 | NETFLIX000379 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, specifically the identities of confidential sources |
| NETFLIX000380 | NETFLIX000400 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, specifically the identities of confidential sources |
| NETFLIX000401 | NETFLIX000479 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, specifically the identities of confidential sources |
| NETFLIX000480 | NETFLIX000559 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, specifically the identities of confidential sources |
| NETFLIX000560 | NETFLIX000639 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, specifically the identities of confidential sources |
| NETFLIX000640 | NETFLIX000711 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, specifically the identities of confidential sources |
| NETFLIX000712 | NETFLIX000787 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, specifically the identities of confidential sources |
| NETFLIX001012 | NETFLIX001013 | 3/28/19 | Jessica Pressler | Melissa Lo | Shonda Rhimes | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, specifically the identities of confidential sources |
| NETFLIX001014 | NETFLIX001020 | 3/28/19 | Jessica Pressler | Melissa Lo, Shonda Rhimes | | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX001158 | NETFLIX001159 | 4/1/19 | Jessica Pressler | Melissa Lo | Shonda Rhimes | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001160 | NETFLIX001162 | 4/4/19 | Jessica Pressler | Melissa Lo | Shonda Rhimes | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001163 | NETFLIX001168 | 4/7/19 | Jessica Pressler | Melissa Lo Shonda Rhimes | | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001169 | NETFLIX001175 | 4/7-8/19 | Jessica Pressler | Shonda Rhimes | Melissa Lo | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001176 | NETFLIX001178 | 4/9/19 | Jessica Pressler | Melissa Lo | Shonda Rhimes | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001497 | NETFLIX001499 | 4/17/19 | Jessica Pressler | Melissa Lo Shonda Rhimes | | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001587 | NETFLIX001589 | 4/23/19 | Jessica Pressler | Melissa Lo Shonda Rhimes | | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001590 | NETFLIX001591 | 4/24/19 | Jessica Pressler | Melissa Lo | Shonda Rhimes | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001592 | NETFLIX001600 | 1596-97 5/6/19 "Anna's handwritten notes from Rikers" | Jessica Pressler | Melissa Lo | Shonda Rhimes | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001601 | NETFLIX001609 | 1605-06/5/19 "Anna's handwritten notes from Rikers" | Jessica Pressler | Melissa Lo | Shonda Rhimes | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001610 | NETFLIX001614 | 5/8/19 | Jessica Pressler | Melissa Lo | Shonda Rhimes | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001628 | NETFLIX001648 | Pages 100% redacted | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **Defendant Netflix, Inc.'s Privilege Log for Redacted Documents** |
| **Beginning Bates Number** | **End Bates Number** | **Date/Time Sent** | **Sender** | **Recipient(s)** | **CC** | **Privilege Status** | **Privilege Type** | **Subject Matter of Privileged Document** |
| NETFLIX001649 | NETFLIX001654 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001655 | NETFLIX001665 | Anna Delvey statement to Jessica Pressler | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001704 | NETFLIX001713 | Anna Delvey statement to Jessica Pressler | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001723 | NETFLIX001794 | Neff Davis statement to Jessica Pressler | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001795 | NETFLIX001866 | Neff Davis statement to Jessica Pressler | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001876 | NETFLIX001876 | Board of photographs – some redacted | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX001879 | NETFLIX001886 | Statements by Shonda Rhimes in Writers Room Notes. Other speakers not identified | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001887 | NETFLIX001909 | List entitled "Anna delivery – Peripheral Players" – about 8 subjects' details are redacted | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX001910 | NETFLIX001989 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX001990 | NETFLIX002061 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX002062 | NETFLIX002068 | | | | | Redact | Attorney-Client; Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX002069 | NETFLIX002130 | 2/16/20 – Jessica Pressler's script notes | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX002208 | NETFLIX002272 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |

| NETFLIX002393 | NETFLIX002395 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX002396 | NETFLIX002404 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX002909 | NETFLIX002981 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX003014 | NETFLIX003085 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX003086 | NETFLIX003158 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX003171 | NETFLIX003240 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX003779 | NETFLIX003877 | | | | | Redact | Attorney-Client | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX003878 | NETFLIX003885 | | | | | Redact | Attorney-Client | Document regarding advice of legal counsel |
| NETFLIX003886 | NETFLIX003986 | | | | | Redact | Attorney-Client | Document regarding advice of legal counsel |
| NETFLIX003987 | NETFLIX004001 | | | | | Redact | Attorney-Client | Document regarding advice of legal counsel |
| NETFLIX004237 | NETFLIX004253 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX004308 | NETFLIX004387 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX004388 | NETFLIX004406 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX004407 | NETFLIX004491 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX004611 | NETFLIX004692 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX004872 | NETFLIX004952 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX004953 | NETFLIX005039 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005040 | NETFLIX005044 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |

| Beginning Bates Number | End Bates Number | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NETFLIX005045 | NETFLIX005126 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |

Defendant Netflix, Inc.'s Privilege Log for Redacted Documents

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX005127 | NETFLIX005155 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005156 | NETFLIX005235 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005236 | NETFLIX005320 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005321 | NETFLIX005397 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005482 | NETFLIX005560 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005561 | NETFLIX005575 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005576 | NETFLIX005651 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005652 | NETFLIX005731 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005732 | NETFLIX005811 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005821 | NETFLIX005900 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005919 | NETFLIX005994 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX005995 | NETFLIX006074 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX006075 | NETFLIX006146 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX006251 | NETFLIX006323 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX006356 | NETFLIX006427 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX006428 | NETFLIX006438 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX006439 | NETFLIX006510 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX006511 | NETFLIX006582 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX006583 | NETFLIX006659 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX006660 | NETFLIX006732 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX006745 | NETFLIX006814 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX006815 | NETFLIX006892 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX006893 | NETFLIX006968 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX006969 | NETFLIX007039 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX007178 | NETFLIX007275 | 7259 | | | | Redact | Attorney-Client | Document regarding legal advice of legal counsel |
| NETFLIX007276 | NETFLIX007290 | | | | | Redact | Attorney-Client | Document regarding legal advice of legal counsel |
| NETFLIX007726 | NETFLIX007811 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX007812 | NETFLIX007883 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX007884 | NETFLIX007985 | | | | | Redact | Attorney-Client | Document regarding legal advice of legal counsel |
| NETFLIX009008 | NETFLIX009018 | 5/9/19 | Jessica Pressler | Melissa Lo | Shonda Rhimes | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX009019 | NETFLIX009040 | 9031-33 - Anna Delvey statement to Jessica Pressler | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |
| NETFLIX009062 | NETFLIX009087 | 9077-78 - Neff Davis video interview by Jessica Pressler and writers | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources and other confidential information obtained during newsgathering |

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX009124 | NETFLIX009136 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX009137 | NETFLIX009149 | | | | | Redact | | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX009181 | NETFLIX009183 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX009190 | NETFLIX009192 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX009197 | NETFLIX009199 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX009248 | NETFLIX009250 | 1/10/2020 10:42 | Simron Gill <sgill@netflix.com> | Ashley Minyard <ashleyminyard0@gmail.com> | | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX009251 | NETFLIX009253 | 1/10/2020 10:33 | Ashley Minyard <ashleyminyard0@gmail.com> | Simron Gill <sgill@netflix.com> | | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX009291 | NETFLIX009292 | 12/10/2019 12:47 | Jinny Howe <jinnyh@netflix.com> | Betsy Beers <betsy@shondaland.com>; Alison Eakle <alison@shondaland.com> | Channing Dungey <cdungey@netflix.com>; Nina Wolarsky <nwolarsky@netflix.com>; Irene Lee <irenel@netflix.com> | Redact | Newsgathering - Confidential Sources | Communication containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX009931 | NETFLIX009954 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX009958 | NETFLIX009961 | 8/11/2019 14:48 | Paola Franco <paolaf@netflix.com> | Jinny Howe <jinnyh@netflix.com> | nwolarsky@netflix.com <nwolarsky@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX010207 | NETFLIX010210 | 11/14/2019 14:51 | Kristy Chan <kchan@netflix.com> | Don Halcombe <dhalcombe@netflix.com>; Nidia Caceros Kilde <nkilde@netflix.com> | | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX010211 | NETFLIX010214 | 10/31/2019 9:14 | Nidia Caceros Kilde <nkilde@netflix.com> | Kristy Chan <kchan@netflix.com> | | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX010637 | NETFLIX010644 | 1/20/2020 13:24 | Eric Andersson <Eric.Andersson@tvgm.com> | Megan Tucker <mtucker@netflix.com> | Rae Murillo <rmurillo@netflix.com>; Kristy Chan <kchan@netflix.com> | Redact | Personal Information | Communication containing sensitive personal data, specifically passport information |

| NETFLIX010684 | NETFLIX010687 | 1/17/2020 10:10 | Emma Dibdin <emma.dibdin@gmail.com> | Megan Tucker <mtucker@netflix.com> | Rae Murillo <rmurillo@netflix.com>; Kristy Chan <kchan@netflix.com> | Redact | Personal Information | Communication containing sensitive personal data, specifically passport information |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX010785 | NETFLIX010789 | 11/15/2019 12:38 | Alee-a Blanco <aleea@shondaland.com> | Kristin Robinson <KristinR@shondaland.com>; nallenlee@netflix.com <nallenlee@netflix.com> | Katrina Symonds <ksymonds@netflix.com>; Caitlin Scott <caitlin@shondaland.com>; Kendall Wright <kendall@shondaland.com>; Mia Vickers <miav@netflix.com>; Erin Denniston <edenniston@netflix.com>; Evan Hutson <evan@shondaland.com>; Kristy Chan <kchan@netflix.com>; Rae Murillo <rmurillo@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX010790 | NETFLIX010794 | 11/15/2019 12:34 | Mia Lee <nallenlee@netflix.com> | Kristin Robinson <KristinR@shondaland.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Erin Denniston <edenniston@netflix.com>; Evan Hutson <evan@shondaland.com>; Katrina Symonds <ksymonds@netflix.com>; Kendall Wright <kendall@shondaland.com>; Kristy Chan <kchan@netflix.com>; Mia Vickers <miav@netflix.com>; Rae Murillo <rmurillo@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX010795 | NETFLIX010797 | 11/14/2019 13:30 | Katrina Symonds <ksymonds@netflix.com> | Nia Lee <nallenlee@netflix.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Kristin Robinson <KristinR@shondaland.com>; Kendall Wright <kendall@shondaland.com>; Mia Vickers <miav@netflix.com>; Erin Denniston <edenniston@netflix.com>; Evan Hutson <evan@shondaland.com>; Kristy Chan <kchan@netflix.com>; Rae Murillo <rmurillo@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX010798 | NETFLIX010800 | 11/14/2019 13:17 | Nia Lee <nallenlee@netflix.com> | Alee-a Blanco <aleea@shondaland.com> | Caitlin Scott <caitlin@shondaland.com>; Kristin Robinson <KristinR@shondaland.com>; Kendall Wright <kendall@shondaland.com>; Mia Vickers <miav@netflix.com>; Erin Denniston <edenniston@netflix.com>; Evan Hutson <evan@shondaland.com>; Kristy Chan <kchan@netflix.com>; Rae Murillo <rmurillo@netflix.com>; Katrina Symonds <ksymonds@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX010869 | NETFLIX010872 | | | | | Redact | Personal Information | Document containing sensitive personal data, specifically personal email addresses for famous actors |
| NETFLIX011020 | NETFLIX011099 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff Rachel Williams and protected from disclosure by the Reporters' Privilege, including the identities of confidential sources |
| NETFLIX011827 | NETFLIX011828 | 2/23/2021 18:39 | Fatima Rizwan (Google Slides) <comments-noreply@docs.google.com> | miav@netflix.com <miav@netflix.com> | | Redact | Attorney-Client | Communication regarding advice of legal counsel |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX011832 | NETFLIX011837 | 11/15/2019 14:03 | Alee-a Blanco <aleea@shondaland.com> | Nia Lee <nallenlee@netflix.com>; Kristin Robinson <KristinR@shondaland.com> | Caitlin Scott <caitlin@shondaland.com>; Erin Denniston <edenniston@netflix.com>; Evan Hutson <evan@shondaland.com>; Katrina Symonds <ksymonds@netflix.com>; Kendall Wright <kendall@shondaland.com>; Kristy Chan <kchan@netflix.com>; Mia Vickers <miav@netflix.com>; Rae Murillo <rmurillo@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX011838 | NETFLIX011842 | 11/15/2019 12:19 | Alee-a Blanco <aleea@shondaland.com> | Kristin Robinson <KristinR@shondaland.com> | Katrina Symonds <ksymonds@netflix.com>; Nia Lee <nallenlee@netflix.com>; Caitlin Scott <caitlin@shondaland.com>; Kendall Wright <kendall@shondaland.com>; Mia Vickers <miav@netflix.com>; Erin Denniston <edenniston@netflix.com>; Evan Hutson <evan@shondaland.com>; Kristy Chan <kchan@netflix.com>; Rae Murillo <rmurillo@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX011843 | NETFLIX011846 | 11/15/2019 12:09 | Alee-a Blanco <aleea@shondaland.com> | Kristin Robinson <KristinR@shondaland.com>; Katrina Symonds <ksymonds@netflix.com> | Nia Lee <nallenlee@netflix.com>; Caitlin Scott <caitlin@shondaland.com>; Kendall Wright <kendall@shondaland.com>; Mia Vickers <miav@netflix.com>; Erin Denniston <edenniston@netflix.com>; Evan Hutson <evan@shondaland.com>; Kristy Chan <kchan@netflix.com>; Rae Murillo <rmurillo@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| | | | | | Defendant Netflix, Inc.'s Privilege Log for Redacted Documents | | | |
| NETFLIX011847 | NETFLIX011848 | 11/13/2019 18:30 | Alee-a Blanco <aleea@shondaland.com> | Nia Lee <nallenlee@netflix.com> | Caitlin Scott <caitlin@shondaland.com>; Kristin Robinson <KristinR@shondaland.com>; Kendall Wright <kendall@shondaland.com>; Mia Vickers <miav@netflix.com>; Erin Denniston <edenniston@netflix.com>; Evan Hutson <evan@shondaland.com>; Kristy Chan <kchan@netflix.com>; Rae Murillo <rmurillo@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX011970 | NETFLIX011998 | 1/27/2022 13:06 | Caitlin Scott <caitlin@shondaland.com> | Jessica Nail <jenail@netflix.com> | Brooke Rees <brees@netflix.com>; Alyssa Schimel <alyssa@shondaland.com>; Alee-a Blanco <aleea@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

| | | | | | Defendant Netflix, Inc.'s Privilege Log for Redacted Documents | | | | |

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX011999 | NETFLIX012025 | 1/27/2022 12:40 | Caitlin Scott <caitlin@shondaland.com> | Brooke Rees <brees@netflix.com> | Alyssa Schimel <alyssa@shondaland.com>; Alee-a Blanco <aleea@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX012026 | NETFLIX012056 | 12/7/2021 11:19 | Brooke Rees <brees@netflix.com> | Alyssa Schimel <alyssa@shondaland.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

| | | | | Defendant Netflix, Inc.'s Privilege Log for Redacted Documents | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
| NETFLIX012057 | NETFLIX012085 | 12/7/2021 11:11 | Alyssa Schimel <alyssa@shondaland.com> | Brooke Rees <brees@netflix.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX012086 | NETFLIX012115 | 12/6/2021 16:45 | Brooke Rees <brees@netflix.com> | Alyssa Schimel <alyssa@shondaland.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

| | | | | | Defendant Netflix, Inc.'s Privilege Log for Redacted Documents | | | | |
|---|---|---|---|---|---|---|---|---|

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX012141 | NETFLIX012167 | 12/2/2021 11:08 | Alyssa Schimel <alyssa@shondaland.com> | Brooke Rees <brees@netflix.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX012168 | NETFLIX012193 | 12/1/2021 16:39 | Alyssa Schimel <alyssa@shondaland.com> | Brooke Rees <brees@netflix.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

| | Defendant Netflix, Inc.'s Privilege Log for Redacted Documents | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
| NETFLIX012196 | NETFLIX012223 | 12/1/2021 15:52 | Brooke Rees <brees@netflix.com> | Alyssa Schimel <alyssa@shondaland.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris Dilorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX012224 | NETFLIX012250 | 11/29/2021 13:41 | Brooke Rees <brees@netflix.com> | Alyssa Schimel <alyssa@shondaland.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris Dilorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX012251 | NETFLIX012276 | 11/29/2021 13:38 | Alyssa Schimel <alyssa@shondaland.com> | Brooke Rees <brees@netflix.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX012277 | NETFLIX012302 | 11/29/2021 10:12 | Brooke Rees <brees@netflix.com> | Alyssa Schimel <alyssa@shondaland.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX012303 | NETFLIX012328 | 11/29/2021 10:10 | Alyssa Schimel <alyssa@shondaland.com> | Brooke Rees <brees@netflix.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX012329 | NETFLIX012354 | 11/29/2021 10:08 | Brooke Rees <brees@netflix.com> | Alyssa Schimel <alyssa@shondaland.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

| | | | | | Defendant Netflix, Inc.'s Privilege Log for Redacted Documents | | | | |

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX012355 | NETFLIX012379 | 11/24/2021 12:30 | Brooke Rees <brees@netflix.com> | Alyssa Schimel <alyssa@shondaland.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris Diiorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX012380 | NETFLIX012403 | 11/24/2021 9:48 | Brooke Rees <brees@netflix.com> | Alyssa Schimel <alyssa@shondaland.com> | Alee-a Blanco <aleea@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris Diiorio <chris@shondaland.com>; Danielle Dusky <ddusky@netflix.com>; Elpin Keshishzadeh <elpin@shondaland.com>; Emily Levitan <elevitan@netflix.com>; Evan Hutson <evan@shondaland.com>; Jessica Nail <jenail@netflix.com>; Mia Vickers <miav@netflix.com>; Nne Ebong <nebong@netflix.com>; Tyler Lynch <tylerl@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX013009 | NETFLIX013019 | 11/24/2021 10:34 | Brooke Rees <brees@netflix.com> | Fatima Rizwan <fatima@ralphandco.com> | Colleen Sweeney <colleen@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013020 | NETFLIX013030 | 11/24/2021 10:30 | Fatima Rizwan <fatima@ralphandco.com> | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013031 | NETFLIX013041 | 11/22/2021 6:41 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013042 | NETFLIX013053 | 11/22/2021 6:01 | Colleen Sweeney <colleen@ralphandco.com> | Brooke Rees <brees@netflix.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

---

[1] Ralph is a "creative agency" - https://www.linkedin.com/company/ralph/

| NETFLIX013054 | NETFLIX013064 | 11/19/2021 16:28 | Brooke Rees <brees@netflix.com> | Fatima Rizwan <fatima@ralphandco.com> | Colleen Sweeney <colleen@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX013065 | NETFLIX013075 | 11/19/2021 16:00 | Fatima Rizwan <fatima@ralphandco.com> | Colleen Sweeney <colleen@ralphandco.com> | Brooke Rees <brees@netflix.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013076 | NETFLIX013086 | 11/19/2021 12:15 | Brooke Rees <brees@netflix.com> | Steff Chapman <schapman@netflix.com> | Colleen Sweeney <colleen@ralphandco.com>; Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013087 | NETFLIX013097 | 11/19/2021 12:11 | Steff Chapman <schapman@netflix.com> | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com>; Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

| NETFLIX013098 | NETFLIX013108 | 11/19/2021 11:39 | Colleen Sweeney <colleen@ralphandco.com> | Brooke Rees <brees@netflix.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX013109 | NETFLIX013119 | 11/19/2021 10:32 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013120 | NETFLIX013129 | 11/19/2021 10:26 | Colleen Sweeney <colleen@ralphandco.com> | Brooke Rees <brees@netflix.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013130 | NETFLIX013139 | 11/19/2021 9:03 | Colleen Sweeney <colleen@ralphandco.com> | Brooke Rees <brees@netflix.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX013140 | NETFLIX013149 | 11/18/2021 18:21 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013150 | NETFLIX013160 | 11/18/2021 15:46 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX013161 | NETFLIX013171 | 11/18/2021 15:44 | Colleen Sweeney <colleen@ralphandco.com> | Brooke Rees <brees@netflix.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013172 | NETFLIX013182 | 11/18/2021 15:40 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013197 | NETFLIX013207 | 11/18/2021 15:38 | Colleen Sweeney <colleen@ralphandco.com> | Brooke Rees <brees@netflix.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

| NETFLIX013208 | NETFLIX013217 | 11/18/2021 14:18 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013218 | NETFLIX013227 | 11/18/2021 14:34 | Colleen Sweeney <colleen@ralphandco.com> | Brooke Rees <brees@netflix.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX013228 | NETFLIX013237 | 11/18/2021 14:42 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013238 | NETFLIX013247 | 11/18/2021 15:34 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013248 | NETFLIX013256 | 11/18/2021 13:48 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

| NETFLIX013257 | NETFLIX013265 | 11/18/2021 13:38 | Colleen Sweeney <colleen@ralphandco.com> | Brooke Rees <brees@netflix.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013266 | NETFLIX013274 | 11/18/2021 12:48 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX013275 | NETFLIX013282 | 11/18/2021 12:02 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013283 | NETFLIX013290 | 11/18/2021 11:38 | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com> | Brooke Rees <brees@netflix.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013291 | NETFLIX013298 | 11/17/2021 16:28 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NETFLIX013299 | NETFLIX013305 | 11/17/2021 12:19 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |
| NETFLIX013306 | NETFLIX013312 | 11/17/2021 12:18 | Colleen Sweeney <colleen@ralphandco.com> | Brooke Rees <brees@netflix.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |

**Defendant Netflix, Inc.'s Privilege Log for Redacted Documents**

| Beginning Bates Number | End Bates Number | Date/Time Sent | Sender | Recipient(s) | CC | Privilege Status | Privilege Type | Subject Matter of Privileged Document |
|---|---|---|---|---|---|---|---|---|
| NETFLIX013313 | NETFLIX013319 | 11/17/2021 11:51 | Brooke Rees <brees@netflix.com> | Colleen Sweeney <colleen@ralphandco.com> | Fatima Rizwan <fatima@ralphandco.com>; Mia Vickers <miav@netflix.com>; Tyler Lynch <tylerl@netflix.com>; scammers@ralphandco.com <scammers@ralphandco.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel |