# EXHIBIT 3

# COLOR CODING KEY

## Attorney Client Privilege/Work Product – Highlighting is Color Coded

**Yellow**         Insufficient Information

**Blue**         Communications between Netflix inhouse lawyers and Shondaland (joint defense privilege asserted, among other privileges)

**Green**         Communications between Netflix and JPRA

**Red**         Communications between Netflix attorneys and persons who are not employed by either Netflix or Shondaland or JPRA (may have also been shared with employees of Shondaland or JPRA)

**Magenta**         Communications between Netflix personnel who are not attorneys (may include Netflix attorneys on the c.c. line, and non-attorneys at Shondaland)

## Reporters' Privilege – Text is Color Coded

**Red text**         Redaction in a draft script.

**Green text**         Redaction in a document written by Jessica Pressler, or given to her by a source

**Blue text**         Redaction appears in a document NOT written by Jessica Pressler

**Purple text**         Redaction appears in a production schedule, cast list, etc., whose author and circulation list is unknown

| PRIVILEGE LOG FOR NETFLIX REDACTED DOCUMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **BEGINNING BATES NUMBER** | **END BATES NUMBER** | **DATE SENT** | **SENDER** | **RECIPIENT(S)** | **CC** | **PRIVILEGE STATUS** | **PRIVILEGE TYPE** | **SUBJECT MATTER OF PRIVILEGED DOCUMENT** |
| NETFLIX013465 | NETFLIX013496 | | | | | Redact | Newsgathering - Confidential Sources | Document containing information protected from disclosure by Article 1, Section 8 of the New York State Constitution, Section 79-h of the New York Civil Rights Law, Secion 2(b) of the California State Constitution, Section 1070 of the California Evidence Code, the First and Fourteenth Amendments to the United States Constitution, and any other constitutional, statutory or common law privilege that protects journalists from disclosing the identities of their sources and otherwise discussing information obtained during the course of their newsgathering activity (hereinafter, the "Reporters' Privilege") and unrelated to Plaintiff Rachel Williams, including names of confidential sources. |
| NETFLIX013498 | NETFLIX013500 | 12/9/2019 | Kristy Chan <kchan@netflix.com> | Mia Vickers <miav@netflix.com> | Nia Lee <nallenlee@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel. |
| NETFLIX013501 | NETFLIX013502 | 12/9/2019 | Mia Vickers <miav@netflix.com> | Kristy Chan <kchan@netflix.com> | Nia Lee <nallenlee@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel. |
| NETFLIX013503 | NETFLIX013504 | 12/9/2019 | Mia Vickers <miav@netflix.com> | Kristy Chan <kchan@netflix.com> | Nia Lee <nallenlee@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel. |
| NETFLIX013505 | NETFLIX013506 | 12/9/2019 | Mia Vickers <miav@netflix.com> | Kristy Chan <kchan@netflix.com> | Nia Lee <nallenlee@netflix.com> | Redact | Attorney-Client | Communication regarding advice of legal counsel. |
| NETFLIX013507 | NETFLIX013508 | 12/9/2019 | Kristy Chan <kchan@netflix.com> | Mia Vickers <miav@netflix.com>; Nia Lee <nallenlee@netflix.com> | | Redact | Attorney-Client | Communication regarding advice of legal counsel. |
| NETFLIX013509 | NETFLIX013515 | 2/15/2022 | Brooke Rees <brees@netflix.com> | Tanisha Mickel <tanisha@shondaland.com> | Alyssa Schimel <alyssa@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Dorothy Khien <dkhien@netflix.com>; MeShae Prophet <meshae@shondaland.com>; Mia Vickers <miav@netflix.com> | Redact | Attorney-Client; Joint-Defense; Work Product | Communication regarding advice of legal counsel; Communication between parties protected by the Joint Defense Privilege; Document/communication containing attorney work product |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NETFLIX013516 | NETFLIX013522 | 2/15/2022 | Tanisha Mickel <tanisha@shondaland.com> | Brooke Rees <brees@netflix.com> | Alyssa Schimel <alyssa@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Dorothy Khien <dkhien@netflix.com>; MeShae Prophet <meshae@shondaland.com>; Mia Vickers <miav@netflix.com> | Redact | Attorney-Client; Joint-Defense; Work Product | Communication regarding advice of legal counsel; Communication between parties protected by the Joint Defense Privilege; Document/communication containing attorney work product |
| NETFLIX013523 | NETFLIX013528 | 2/15/2022 | Tanisha Mickel <tanisha@shondaland.com> | Brooke Rees <brees@netflix.com> | Alyssa Schimel <alyssa@shondaland.com>; Caitlin Scott <caitlin@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Dorothy Khien <dkhien@netflix.com>; MeShae Prophet <meshae@shondaland.com>; Mia Vickers <miav@netflix.com> | Redact | Attorney-Client; Joint-Defense; Work Product | Communication regarding advice of legal counsel; Communication between parties protected by the Joint Defense Privilege; Document/communication containing attorney work product |
| NETFLIX013529 | NETFLIX013534 | 2/15/2022 | Brooke Rees <brees@netflix.com> | Tanisha Mickel <tanisha@shondaland.com> | MeShae Prophet <meshae@shondaland.com>; Mia Vickers <miav@netflix.com>, Dorothy Khien <dkhien@netflix.com>; Alyssa Schimel <alyssa@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Caitlin Scott <caitlin@shondaland.com> | Redact | Attorney-Client; Joint-Defense; Work Product | Communication regarding advice of legal counsel; Communication between parties protected by the Joint Defense Privilege; Document/communication containing attorney work product |

| Begin Bates | End Bates | Date | From | To | CC | Redaction | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| NETFLIX013535 | NETFLIX013540 | 2/15/2022 | Tanisha Mickel <tanisha@shondaland.com> | Brooke Rees <brees@netflix.com> | MeShae Prophet <meshae@shondaland.com>; Mia Vickers <miav@netflix.com>; Dorothy Khien <dkhien@netflix.com>; Alyssa Schimel <alyssa@shondaland.com>; Chris DiIorio <chris@shondaland.com>; Caitlin Scott <caitlin@shondaland.com> | Redact | Attorney-Client; Joint-Defense; Work Product | Communication regarding advice of legal counsel; Communication between parties protected by the Joint Defense Privilege; Document/communication containing attorney work product |
| NETFLIX013541 | NETFLIX013620 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX013621 | NETFLIX013700 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX013701 | NETFLIX013780 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX013781 | NETFLIX013860 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX013861 | NETFLIX013936 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX013937 | NETFLIX014016 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX014017 | NETFLIX014093 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX014094 | NETFLIX014166 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX014167 | NETFLIX014236 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX014237 | NETFLIX014312 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NETFLIX014313 | NETFLIX014383 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX015046 | NETFLIX015047 | | | | | Redact | Newsgathering | Document containing non-responsive newsgathering information related to Shondaland projects other than *Inventing Anna* |
| NETFLIX015048 | NETFLIX015070 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX015262 | NETFLIX015341 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX015342 | NETFLIX015421 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX015529 | NETFLIX015601 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX015615 | NETFLIX015699 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX015808 | NETFLIX015889 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX015904 | NETFLIX015984 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX015985 | NETFLIX016071 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX016072 | NETFLIX016076 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX016077 | NETFLIX016161 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX016162 | NETFLIX016182 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX016183 | NETFLIX016261 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |

| NETFLIX016289 | NETFLIX016360 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
|---|---|---|---|---|---|---|---|---|
| NETFLIX016562 | NETFLIX016634 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX016667 | NETFLIX016738 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX016739 | NETFLIX016749 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX016750 | NETFLIX016821 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX016904 | NETFLIX016976 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX016979 | NETFLIX016980 | | | | | Redact | Newsgathering - Confidential Sources | Document containing non-responsive newsgathering information related to Shondaland projects other than *Inventing Anna* |
| NETFLIX016983 | NETFLIX016984 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX016985 | NETFLIX016996 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX016997 | NETFLIX017022 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017057 | NETFLIX017061 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017285 | NETFLIX017286 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017287 | NETFLIX017288 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017293 | NETFLIX017323 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NETFLIX017388 | NETFLIX017392 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017397 | NETFLIX017409 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017410 | NETFLIX017422 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017423 | NETFLIX017436 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017437 | NETFLIX017450 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017451 | NETFLIX017465 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017466 | NETFLIX017480 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017481 | NETFLIX017493 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017494 | NETFLIX017506 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017507 | NETFLIX017519 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017606 | NETFLIX017629 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017630 | NETFLIX017653 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017654 | NETFLIX017677 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017678 | NETFLIX017701 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NETFLIX017702 | NETFLIX017726 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017727 | NETFLIX017751 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017752 | NETFLIX017779 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017780 | NETFLIX017807 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017808 | NETFLIX017835 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017836 | NETFLIX017863 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017864 | NETFLIX017891 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017892 | NETFLIX017919 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017972 | NETFLIX017984 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017985 | NETFLIX017992 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |
| NETFLIX017993 | NETFLIX018015 | | | | | Redact | Newsgathering - Confidential Sources | Document containing newsgathering information unrelated to Plaintiff that is protected from disclosure by the Reporters' Privilege, including the identities of confidential sources. |