# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | Case No.: 1:22-cv-01132-CFC-EGT |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7, the undersigned counsel Thomas E. Hanson, Jr. and William J. Burton of Barnes & Thornburg LLP, 222 Delaware Ave, Suite 1200, Wilmington, DE 19801, hereby withdraw their appearance as counsel for Netflix, Inc. in the above-captioned action.

Dated: September 10, 2024

BARNES & THORNBURG LLP

/s/ Thomas E. Hanson, Jr.
Thomas E. Hanson, Jr. (No. 4102)
William J. Burton (No. 6243)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Tel: 302-300-3447
Fax: 302-300-3456
Email: thanson@btlaw.com
　　　　william.burton@btlaw.com

*Attorneys for Defendant*