# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.: 22-1132-CFC-EGT ) ) |
| NETFLIX, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE**, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, that Netflix, Inc., by and through its undersigned attorneys, will take the following deposition:

| Name | Date and Time | Location |
|---|---|---|
| Kathryn MacLeod Schafer | November 19, 2024 9:30 a.m. EST | Davis Wright Tremaine LLP 1251 Avenue of the Americas, 21st Floor New York, NY 10020 |

The deposition will be taken by oral examination before a certified court reporter or other person duly authorized to administer oaths, will be recorded via stenograph and video and will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for other such purposes as are permitted under the Federal Rules of Civil Procedure. You are invited to attend and cross-examine.

RLF1 31552151v.1

| | |
|---|---|
| | /s/ Kelly E. Farnan |
| | Kelly E. Farnan (#4395) |
| OF COUNSEL: | Richards, Layton & Finger, P.A. |
| | One Rodney Square |
| Rachel F. Strom | 920 North King Street |
| Chelsea T. Kelly | Wilmington, DE 19801 |
| Lindsey B. Cherner | (302) 651-7700 |
| Olalekan N. Sumonu | farnan@rlf.com |
| DAVIS WRIGHT TREMAINE LLP | |
| 1251 Avenue of the Americas | *Attorneys for Defendant Netflix, Inc.* |
| 21st Floor | |
| New York, NY 10020 | |
| (212) 489-8230 | |
| rachelstrom@dwt.com | |
| chelseakelly@dwt.com | |
| lindseycherner@dwt.com | |
| osumonu@dwt.com | |

Dated: September 24, 2024

2