IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 22-1132-CFC-EGT |
| v. | ) |
| | ) |
| NETFLIX, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF DOCUMENT SUBPOENA TO THIRD PARTY SIMON & SCHUSTER, INC.

PLEASE TAKE NOTICE that Defendant Netflix, Inc., by and through its attorneys, plans to issue the third-party subpoena to produce documents on Simon & Schuster, Inc. attached as Exhibit 1, which is incorporated herein by reference.

| | |
|---|---|
| OF COUNSEL: | /s/ Kelly E. Farnan |
| | Kelly E. Farnan (#4395) |
| Kelly M. Klaus | Richards, Layton & Finger, P.A. |
| Munger, Tolles & Olson LLP | One Rodney Square |
| 560 Mission Street. 27th Floor | 920 North King Street |
| San Francisco, CA 94105 | Wilmington, DE 19801 |
| 415-512-4000 | (302) 651-7700 |
| | farnan@rlf.com |
| Rose Leda Ehler | |
| Munger, Tolles & Olson LLP | *Attorneys for Defendant Netflix, Inc.* |
| 350 South Grand Avenue, 50th Floor | |
| Los Angeles, CA 90071 | |
| 213-683-9100 | |

Dated:  December 3, 2024

RLF1 31983610v.1