

December 26, 2024

**VIA E-FILING**
The Honorable Eleanor G. Tennyson
J. Caleb Boggs Federal Building
844 N. King Street
Unit 38, Room 4104
Wilmington, DE 19801-3555

Re: <u>*Williams v Netflix, Inc.*, C.A. No. 22-cv-1132-CFC-EGT</u>

Dear Judge Tennyson:

In Your Honor's Oral Order issued on December 20, 2024, you directed the parties to further meet and confer, and if that was unsuccessful, Your Honor ordered Plaintiff to file a letter brief by December 27, 2024, and Netflix to file a brief by January 2, 2025. (D.I. 178).

The parties' lead and Delaware counsel met and conferred by telephone on December 23, 2024. During that conversation, Plaintiff's counsel proposed a compromise to resolve the issue in dispute. Netflix's counsel agreed to discuss the proposal with their clients but cautioned that because of the holidays, they might not be able to respond substantively before the deadline for Plaintiff to file her brief. The parties agreed that if that were the case, they would ask the Court to continue the filing deadlines for 7 days in order to see whether an informal resolution could be achieved. By email sent late on December 24, 2024, Netflix's counsel informed Plaintiff's counsel that she had not heard back from her client and stated, "I am fine with you asking for more time on the briefing."

Accordingly, Plaintiff requests that for the reasons set forth above, the Court continues the deadlines for Plaintiff to file a brief from December 27, 2024, to January 3, 2025, and for Netflix to file a brief from January 2, 2025 to January 9, 2025.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Filing)