IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | : |
| Plaintiff, | : |
| | : C.A. No.: 22-1132-CFC-EGT |
| v. | : |
| NETFLIX, INC., | : |
| Defendant. | : |

**STIPULATION FOR EXTENSION OF WORD LIMIT FOR MOTIONS FOR SUMMARY JUDGMENT AND OPPOSITIONS THERETO**

Plaintiff Rachel Deloache Williams ("Plaintiff") and Defendant Netflix, Inc. ("Defendant") (collectively, the "Parties") hereby submit a stipulation for an extension of the word limits for the Parties' forthcoming motions for summary judgment on liability, opposition briefs thereto, and concise statements of fact in support of or in opposition to these motions.[1] In support thereof, the Parties state as follows:

1. Plaintiff's Complaint (D.I. 1) is 57-pages long and alleges claims for defamation based on 16 scenes from Defendant's docudrama *Inventing Anna* (the "Series").

---

[1] The parties each plan to file a motion for summary judgment addressing liability. Defendant also intends to file a motion for summary judgment on the limited issue of punitive damages, but it does not seek a word extension for that motion or its corresponding concise statement of facts.

2. Defendant's motion will need to address their arguments that the 16 scenes at issue were not made with actual malice, are substantially true, and lack defamatory meaning. Defendant submits that a modest extension is necessary to allow it to address these 16 scenes. Plaintiff's motion will argue that there is no triable issue of material fact with respect to some of the scenes at issue. This will require an analysis of the several elements required to establish liability as to each scene. Plaintiff submits that a modest extension is necessary to allow her to address these elements.

3. Given the analysis required for the Parties to make their arguments and respond to each other's motions, the Parties submit that there is good cause for a limited extension of the word limit. The Parties believe this extension would enable both Parties to fully represent their respective arguments and ensure the Court has access to all relevant facts and legal analysis necessary to adjudicate the motions.

4. Accordingly, the Parties conferred and request that the Court grant a limited extension of 1,500 additional words for each of the Parties' opening briefs, concise statements of facts, opposition briefs and responsive concise statements of facts on the forthcoming motions for summary judgment on liability. This would allow a total of 6,500 words for each opening brief, 3,000 words for each concise statement of facts, 6,500 words for each opposition brief, and 3,000 words for each

responsive concise statement of facts. Reply briefs word limits would not be changed.

Dated: August 14, 2025                                  Respectfully submitted,

FARNAN LLP                                              RICHARDS, LAYTON & FINGER, P.A.

/s/ Brian E. Farnan                                     /s/ Kelly E. Farnan
Brian E. Farnan (Bar No. 4089)                          Kelly E. Farnan (#4395)
Michael J. Farnan (Bar No. 5165)                        Richards, Layton & Finger, P.A.
919 N. Market Street                                    One Rodney Square
12th Floor                                              920 North King Street
Wilmington, DE 19801                                    Wilmington, DE 19801
(302) 777-0300                                          (302) 651-7700
bfarnan@farnanlaw.com                                   farnan@rlf.com
mfarnan@farnanlaw.com

                                                        OF COUNSEL:
OF COUNSEL:                                             DAVIS WRIGHT TREMAINE LLP
RUFUS-ISAACS ACLAND &                                   Rachel F. Strom*
GRANTHAM LLP                                            Chelsea T. Kelly*
Alexander Rufus-Isaacs*                                 Nimra H. Azmi*
9420 Wilshire Blvd., Suite B10                          Lindsey B. Cherner*
Beverly Hills, CA 90212                                 1251 Sixth Avenue, 21st Floor
Phone: (310) 274-3803                                   New York, New York 10020
aisaacs@rufuslaw.com                                    Tel: 212-402-4069
                                                        rachelstrom@dwt.com
*Attorneys for Plaintiff*                               chelseakelly@dwt.com
                                                        nimraazmi@dwt.com
                                                        lindseycherner@dwt.com

*Admitted pro hac vice                                  *Attorneys for Defendant*

SO ORDERED on this 15th day of August, 2025.

_____
THE HON. COLM F. CONNOLLY
CHIEF UNITED STATES DISTRICT JUDGE