IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS,<br><br>               Plaintiff,<br>v.<br><br>NETFLIX, INC.,<br><br>               Defendant. | C.A. No. 22-cv-1132-CFC-EGT |

**PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON LIABILITY**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff moves for partial summary judgment in favor of Plaintiff on Defendant's liability for defamation for (1) the 9th and 10th sets of defamatory statements in the complaint in which she is portrayed as abandoning Anna Sorokin in Morocco and (2) the 15th and 16th sets of defamatory statements in the complaint in which she is portrayed as being disciplined by her employer for misusing her corporate American Express card to pay for Anna Sorokin-related expenses. The grounds for this Motion are set forth in Plaintiff's Opening Brief.

WHEREFORE, Plaintiff respectfully requests that the Court enter partial judgment in her favor for Defendant's liability for defamation and grant such further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: August 29, 2025 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: 302-777-0300<br>Facsimile: 302-777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Rodney Smolla (Bar No. 6327)<br>164 Chelsea Street<br>South Royalton, VT 05068<br>Telephone (864) 373-3882<br>rodsmolla@gmail.com<br><br>Dion G. Rassias (Bar No. 2829)<br>THE BEASLEY FIRM, LLC<br>1125 Walnut Street<br>Philadelphia, PA 19107<br>Telephone: (215) 592-1000<br>Facsimile: (215) 592-1523<br>dgr@beasleyfirm.com<br><br>Alexander Rufus-Isaacs (admitted *pro hac vice*)<br>RUFUS-ISAACS ACLAND & GRANTHAM LLP<br>9440 Santa Monica Blvd., Suite 301<br>Beverly Hills, CA 90210<br>Telephone: (310) 274-3803<br>aisaacs@rufuslaw.com<br><br>*Attorneys for Plaintiff Rachel DeLoache Williams* |