# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 22-1132-CFC-EGT |
| NETFLIX, INC., | : |
| Defendant. | : |

## DEFENDANT NETFLIX, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (PUNITIVE DAMAGES)

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant Netflix, Inc. respectfully moves the Court for an Order granting Defendant's Motion for Partial Summary Judgment as to punitive damages. The specific grounds for this Motion are set forth in the supporting Opening Brief filed contemporaneously herewith.

OF COUNSEL:

Rachel F. Strom
Chelsea T. Kelly
Nimra H. Azmi
Lindsey B. Cherner
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
rachelstrom@dwt.com
chelseakelly@dwt.com
nimraazmi@dwt.com

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendant Netflix, Inc.*

lindseycherner@dwt.com

Kelly M. Klaus
Blanca F. Young
Rose Leda Ehler
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000
kelly.klaus@mto.com
blanca.young@mto.com
rose.ehler@mto.com

Dated:  August 29, 2025