# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RACHEL DELOACHE WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.:  22-1132-CFC-EGT |
| v. | : | |
| | : | |
| NETFLIX, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION FOR EXTENSION OF DEADLINES RELATED TO MOTIONS FOR SUMMARY JUDGMENT AND TO *DAUBERT* MOTIONS**

Plaintiff Rachel Deloache Williams ("Plaintiff") and Defendant Netflix, Inc. ("Defendant") (collectively, the "Parties") hereby submit a stipulation agreeing to the following extensions of deadlines:  (a) seven additional days to file redacted versions of the Parties' motions for summary judgment and *Daubert* motions (filed on August 29, 2025), and seven additional days for the oppositions and/or replies thereto; (b) setting extended deadlines for oppositions to Defendant's *Daubert* motions (30 days after the motions were filed), and replies to all motions (21 days after oppositions are filed).  In support thereof, the Parties state as follows:

***Seven-Day Extension of Deadline to Submit Redacted Versions***

1.      The Parties filed motions for summary judgment, and Defendant filed *Daubert* motions on August 29, 2025, under seal which rely in part on materials that have been designated as confidential under the Stipulated Protective Order (D.I. 41).

2.      The Scheduling Order dated June 1, 2023 (D.I. 35) provides at ¶8 that "[a] redacted version of any sealed document shall be filed electronically within seven days of the filing of the sealed document."

3.      The Parties believe they will need additional time to complete their meet-and-confer regarding confidentiality designations given the holiday, travel schedules, and the disputes over confidentiality. The additional time will enable the Parties to attempt to resolve some of the disputes that may otherwise be the subject of a motion. Therefore, the Parties submit that there is good cause for, and stipulate to, an extension of the deadline for filing redacted versions of sealed documents from seven to fourteen days.

### *Extension of Deadline to Oppose Daubert Motion and Reply to All Filings*

4.      The Scheduling Order dated June 1, 2023 (D.I. 35) provides at ¶10(b) that *Daubert* motions must be filed at the same time as the dispositive motions.

5.      The Scheduling Order dated January 16, 2025 (D.I. 195) did not set a deadline for filing replies to summary judgment motions or for oppositions or replies to *Daubert* motions.

6.      Given the concurrent summary judgment briefing and substantial amount of work to brief all motions, the Parties believe there is good cause to extend the opposition deadline for *Daubert* motions to 30 days after the motions were filed

(September 29, 2025), and to extend the reply deadline for both summary judgment

and *Daubert* motions to 21 days after the filing of any corresponding opposition.

Dated: September 2, 2025                      Respectfully submitted,

FARNAN LLP                                    RICHARDS, LAYTON & FINGER, P.A.

/s/ Brian E. Farnan                           /s/ Kelly E. Farnan
Brian E. Farnan (Bar No. 4089)                Kelly E. Farnan (#4395)
Michael J. Farnan (Bar No. 5165)              Richards, Layton & Finger, P.A.
919 N. Market Street                          One Rodney Square
12th Floor                                    920 North King Street
Wilmington, DE 19801                          Wilmington, DE 19801
(302) 777-0300                                (302) 651-7700
bfarnan@farnanlaw.com                         farnan@rlf.com
mfarnan@farnanlaw.com

                                              OF COUNSEL:
OF COUNSEL:                                   DAVIS WRIGHT TREMAINE LLP
RUFUS-ISAACS ACLAND &                         Rachel F. Strom*
GRANTHAM LLP                                  Chelsea T. Kelly*
Alexander Rufus-Isaacs*                       Nimra H. Azmi*
9420 Wilshire Blvd., Suite B10                Lindsey B. Cherner*
Beverly Hills, CA 90212                       1251 Sixth Avenue, 21st Floor
Phone: (310) 274-3803                         New York, New York 10020
aisaacs@rufuslaw.com                          Tel: 212-402-4069
                                              rachelstrom@dwt.com
*Attorneys for Plaintiff*                     chelseakelly@dwt.com
                                              nimraazmi@dwt.com
                                              lindseycherner@dwt.com

*Admitted pro hac vice*                       *Attorneys for Defendant*

SO ORDERED on this 3rd day of September, 2025.

/s/ Colm F. Connolly
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT COURT JUDGE

3