IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 22-1132-CFC-EGT |
| NETFLIX, INC., | : |
| Defendant. | : |

**STIPULATION FOR SECOND EXTENSION OF DEADLINE RELATED TO MOTIONS FOR SUMMARY JUDGMENT AND TO *DAUBERT* MOTIONS**

Plaintiff Rachel Deloache Williams ("Plaintiff") and Defendant Netflix, Inc. ("Defendant") (collectively, the "Parties") hereby submit a stipulation agreeing to an extension of seven additional days to file redacted versions of the Parties' motions for summary judgment and *Daubert* motions (filed on August 29, 2025). In support thereof, the Parties state as follows:

***Seven-Day Extension of Deadline to Submit Redacted Versions***

1. The Parties filed motions for summary judgment, and Defendant filed *Daubert* motions on August 29, 2025, under seal, which rely in part on materials that have been designated as confidential under the Stipulated Protective Order (D.I. 41).

2. The Scheduling Order dated June 1, 2023 (D.I. 35) provides at ¶8 that "[a] redacted version of any sealed document shall be filed electronically within seven

days of the filing of the sealed document." Under this provision, the redacted versions were originally due to be filed on September 5, 2025.

3. On September 3, 2025, this Court granted the Parties' first stipulation seeking a seven-day extension to file the redacted versions on September 12, 2025.

4. The Parties exchanged proposed redactions on September 9, 2025. Upon reviewing the proposals, the Parties believe they will need additional time to ensure that their respective clients have sufficient time to consider the proposals. The additional time will enable the Parties to attempt to resolve some of the disputes that may otherwise be the subject of a motion or require court intervention. Therefore, the Parties submit that there is good cause for, and stipulate to, an additional seven-day extension of the deadline to file redacted versions of sealed documents, moving the current deadline from September 12, 2025, to September 19, 2025.

Dated: September 11, 2025                           Respectfully submitted,

<div style="display: flex;">
<div>

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

OF COUNSEL:
RUFUS-ISAACS ACLAND &
GRANTHAM LLP
Alexander Rufus-Isaacs*
9420 Wilshire Blvd., Suite B10
Beverly Hills, CA 90212
Phone: (310) 274-3803
aisaacs@rufuslaw.com

*Attorneys for Plaintiff*

</div>
<div>

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (# 4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: 302-651-7700
Email: farnan@rlf.com

OF COUNSEL:
DAVIS WRIGHT TREMAINE LLP
Rachel F. Strom*
Chelsea T. Kelly*
Nimra H. Azmi*
Lindsey B. Cherner*
1251 Sixth Avenue, 21st Floor
New York, New York 10020
Tel: 212-402-4069
rachelstrom@dwt.com
chelseakelly@dwt.com
lindseycherner@dwt.com

*Attorneys for Defendant*

</div>
</div>

*Admitted pro hac vice

SO ORDERED on this 12th day of September, 2025.

_____
THE HON. COLM F. CONNOLLY
UNITED STATES DISTRICT COURT JUDGE

3