IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NETFLIX, INC., ) <br> ) <br> Defendant. ) | C.A. No.: 22-1132-CFC-EGT <br><br> **REDACTED** <br> **PUBLIC VERSION** |

**DECLARATION OF RACHEL F. STROM IN SUPPORT OF DEFENDANT NETFLIX INC.'S MOTION FOR SUMMARY JUDGMENT (LIABILITY)**

OF COUNSEL:

Rachel F. Strom
Chelsea T. Kelly
Nimra H. Azmi
Lindsey B. Cherner
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
rachelstrom@dwt.com
chelseakelly@dwt.com
nimraazmi@dwt.com
lindseycherner@dwt.com

Kelly M. Klaus
Blanca F. Young
Rose Leda Ehler
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000
kelly.klaus@mto.com
blanca.young@mto.com
rose.ehler@mto.com

Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendant Netflix, Inc.*

Dated: August 29, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RACHEL DELOACHE WILLIAMS, | : | |
| Plaintiff, | : : : | C.A. No.: 1:22-cv-01132-CFC-EGT |
| v. | : : | **REDACTED** |
| NETFLIX, INC., | : : | PUBLIC VERSION |
| Defendant. | : : : | |

**DECLARATION OF RACHEL F. STROM
IN SUPPORT OF DEFENDANT NETFLIX, INC.'S
MOTION FOR SUMMARY JUDGMENT (LIABILITY)**

I, Rachel F. Strom, declare as follows:

1. I am an attorney at the law firm of Davis Wright Tremaine LLP, counsel for Defendant Netflix, Inc. ("Netflix"). I have personal knowledge of the facts contained in this declaration and, if called upon to do so, I could and would testify competently thereto.

2. I submit this declaration in support of Defendant Netflix's Motion for Summary Judgment on liability.

3. Attached hereto as **Exhibit 1** is a true and correct copy of transcript excerpts from the deposition of Diana Bernstein, taken in this action on January 21, 2025.

1

4. Attached hereto as **Exhibit 2** is a true and correct copy of transcript excerpts from the deposition of Jessica Brownell, taken in this action on April 16, 2025.

5. Attached hereto as **Exhibit 3** is a true and correct copy of transcript excerpts from the deposition of Matt Byrne, taken in this action on January 22, 2025.

6. Attached hereto as **Exhibit 4** is a true and correct copy of transcript excerpts from the deposition of Neffatari Davis, taken in this action on October 11, 2024.

7. Attached hereto as **Exhibit 5** is a true and correct copy of transcript excerpts from the deposition of Kacy Duke, taken in this action on January 24, 2025.

8. Attached hereto as **Exhibit 6** is a true and correct copy of transcript excerpts from the deposition of Jinny Howe, taken in this action on February 25, 2025.

9. Attached hereto as **Exhibit 7** is a true and correct copy of transcript excerpts from the deposition of Irene Lee, taken in this action on January 17, 2025.

10. Attached hereto as **Exhibit 8** is a true and correct copy of transcript excerpts from the deposition of Emily Levitan, taken in this action on January 23, 2025.

11. Attached hereto as **Exhibit 9** is a true and correct copy of transcript excerpts from the deposition of Melissa Lo, Ph.D., taken in this action on December 16, 2024.

12. Attached hereto as **Exhibit 10** is a true and correct copy of transcript excerpts from the deposition of Shonda Rhimes, taken in this action on November 21, 2024.

13. Attached hereto as **Exhibit 11** is a true and correct copy of transcript excerpts from the deposition of Michelle Weiner, taken in this action on March 4, 2025.

14. Attached hereto as **Exhibit 12** is a true and correct copy of transcript excerpts from Day 1 of the deposition of Rachel DeLoache Williams, taken in this action on October 29, 2024.

15. Attached hereto as **Exhibit 13** is a true and correct copy of transcript excerpts from Day 2 of the deposition of Rachel DeLoache Williams, taken in this action on October 30, 2024.

16. Attached hereto as **Exhibit 14** is a true and correct copy of transcript excerpts from the deposition of Nina Wolarsky, taken in this action on February 11, 2025.

17. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the Declaration of Jesse Hawk, sworn to on November 8, 2024, in this action.

18. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of Rachel DeLoache Williams's Amended Response and Objections to Netflix's First Set of Requests for Admissions dated January 31, 2025.

19. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the expert report of Patrick Perkins, dated June 2, 2025, in this action, which was marked as Exhibit 451 to the deposition of Mr. Perkins, taken in this action on July 30, 2025. This exhibit also attaches a declaration from Mr. Perkins, authenticating the report.

20. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of Plaintiff's Responses and Objections to Netflix's First Set of Interrogatories, dated January 31, 2024.

21. Attached hereto as **Exhibit 19** is a true and correct copy of Neffatari Davis's Instagram story for her account @filmcolors, that was produced in discovery by Rachel DeLoache Williams in this action with the Bates stamp RDWX_0000323, and which was marked as Exhibit 10 to the deposition of third party Neffatari Davis, taken in this action on October 11, 2024.

22. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of day one of Rachel DeLoache Williams's trial testimony in Anna Sorokin's criminal trial, that was produced in discovery by Rachel DeLoache Williams in this action with the Bates stamp RDWX_0000384–RDWX_0000470, and which was marked

as Exhibit 28 to the deposition of Rachel DeLoache Williams, taken in this action on October 29, 2024.

23. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of day two of Rachel DeLoache Williams's trial testimony in Anna Sorokin's criminal trial, that was produced in discovery by Rachel DeLoache Williams in this action with the Bates stamp RDWX_0000111–RDWX_0000216, and which was marked as Exhibit 29 to the deposition of Rachel DeLoache Williams, taken in this action on October 29, 2024.

24. Attached hereto as **Exhibit 22** is a true and correct copy of "'As an Added Bonus, She Paid for Everything': My Bright-Lights Misadventure with a Magician of Manhattan," written by Rachel DeLoache Williams published by *Vanity Fair* on April 13, 2018, and which was marked as Exhibit 30 to the deposition of Rachel DeLoache Williams, taken in this action on October 29, 2024.

25. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of Conde Nast's Reimbursement and Travel and Expenses Policy that was produced in discovery by third party Conde Nast in this action with the Bates stamp CN084-CN223, and which was marked as Exhibit 33 to the deposition of Rachel DeLoache Williams, taken in this action on October 29, 2024.

26. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of text messages between Rachel DeLoache Williams and Anna Delvey that were

5

produced in discovery by Rachel DeLoache Williams in this action with the Bates stamp RDWX_0015665–RDWX_0016024, and which were marked as Exhibit 35 to the deposition of Rachel DeLoache Williams, taken in this action on October 29, 2024.

27. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of text messages between Rachel DeLoache Williams and Kate Kellman that were produced in discovery by Rachel DeLoache Williams in this action with the Bates stamp RDWX_0016682–RDWX_0016689.

28. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts of text messages between Rachel DeLoache Williams and Officer Michael McCaffrey that were produced in discovery by Rachel DeLoache Williams in this action with the Bates stamp RDWX_0015188–RDWX_0015294, and which were marked as Exhibit 48 to the deposition of Rachel DeLoache Williams, taken in this action on October 29, 2024.

29. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of text messages between Rachel DeLoache Williams and Officer Michael McCaffrey that were produced in discovery by Rachel DeLoache Williams in this action with the Bates stamp RDWX_020410–RDWX_020470, and which were marked as Exhibit 49 to the deposition of Rachel DeLoache Williams, taken in this action on October 29, 2024.

30. Attached hereto as **Exhibit 28** is a true and correct copy of an email between Rachel DeLoache Williams and Creative Artists Agency that was produced in discovery by Rachel DeLoache Williams in this action with the Bates stamp RDWX_0002570–RDWX_0002571, and which was marked as Exhibit 59 to the deposition of Rachel DeLoache Williams, taken in this action on October 30, 2024.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a lawyer letter sent on behalf of Rachel DeLoache Williams to Netflix, Shonda Rhimes, Betsy Beers, and Nina Wolarsky, dated January 7, 2020, that was produced in discovery by Rachel DeLoache Williams in this action with the Bates stamp RDWX_0011803–RDWX_0011804, and which was marked as Exhibit 65 to the deposition of Rachel DeLoache Williams, taken in this action on October 30, 2024.

32. Attached hereto as **Exhibit 30** is a true and correct copy of "Maybe She Had So Much Money She Just Lost Track of It," published by The Cut and written by Jessica Pressler, and which was marked as Exhibit 181 to the deposition of Anna Sorokin, taken in this action on December 12, 2024.

33. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts of Kacy Duke's video transcript of her interview with the writers' room that was produced in discovery by third party Shondaland in this action with the Bates stamp SHONDALAND010559–SHONDALAND010579, and which was marked as Exhibit 341 to the deposition of Kacy Duke, taken in this action on January 24, 2025.

34. Attached hereto as **Exhibit 32** is a true and correct copy of an email between Netflix and Creative Artists Agency that was produced in discovery by Netflix in this action with the Bates stamp NETFLIX013497, and which was marked as Exhibit 371 to the deposition of Nina Wolarsky, taken in this action on February 11, 2025.

35. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of the June 12, 2018 Option Purchase Agreement between Home Box Office, Inc. and Rachel DeLoache Williams, produced by Rachel DeLoache Williams in this action with the Bates stamp RDW121432–RDW121450, and which was marked as Exhibit 400 in the deposition of third party Michelle Weiner, taken in this action on March 4, 2025.

36. Attached hereto as **Exhibit 34** is a true and correct copy of the June 12, 2018 Memorandum of Agreement between Home Box Office, Inc. and Rachel DeLoache Williams, produced by Rachel DeLoache Williams in this action with the Bates stamp RDW121422–RDWX121431, and which was marked as Exhibit 403 in the deposition of third party Michelle Weiner, taken in this action on March 4, 2025.

37. Attached hereto as **Exhibit 35** is a true and correct copy of Netflix, Inc.'s Statement of Information, filed with the Office of the Secretary of State of the State of California on October 17, 2024.

38. Attached hereto as **Exhibit 36** is a true and correct copy of Shondaland, Inc.'s Statement of Information, filed with the Office of the Secretary of State of the State of California on June 11, 2025.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a letter from counsel for Rachel DeLoache Williams to counsel for Netflix dated February 9, 2022, produced by Rachel DeLoache Williams in this action with the Bates stamp RDW440004–RDW440005.

40. The following links are true and correct examples of Plaintiff Rachel DeLoache Williams's media appearances:

   a. "Woman who inspired character on TV show, 'Inventing Anna' speaks out," Good Morning America (Feb. 19, 2022), available on YouTube at https://www.youtube.com/watch?v=-rlb5R6oROE;

   b. "Dr. Phil Exclusive: Anna Delvey Tells All," Dr. Phil (April 15, 2022), available on YouTube at https://www.youtube.com/watch?v=17ZG4nKYncg;

   c. "Former friend to fake heiress Anna Sorokin on how she says she was conned out of $60K | Nightline," ABC News (July 24, 2019), available on YouTube at https://www.youtube.com/watch?v=TsV1TT1PlY0;

9

  d. "Faker's Delight (2022) | #60Minutes," 60 Minutes Australia (Feb. 27, 2022), available on Facebook at https://www.facebook.com/60Minutes9/videos/fakers-delight-2022-60mins/976511216336232/;

  e. "Tinder Swindler and Anna Delvey Victims: What You Haven't Heard," Red Table Talk (May 11, 2022), available on Facebook at https://www.facebook.com/redtabletalk/videos/tinder-swindler-and-anna-delvey-victims-whatyou-havent-heard/725038058697655/;

  f. "How I got scammed by fake heiress Anna Delvey," New York Post (Sept. 10, 2019, available on YouTube at https://www.youtube.com/watch?v=7iO_A1cuBWo.[1]

Downloaded copies of these video files are available on the USB submitted to the Court as Exhibit **BB**.

41. Concurrently with this Declaration, Netflix is filing a Notice of Multi-Media Filing, which includes **Exhibit AA**—a true and correct copy of Plaintiff's book *My Friend Anna: The True Story of a Fake Heiress*—and **Exhibit BB**—a USB

---

[1] The Court may take judicial notice of the videos in these links, as they are not subject to reasonable dispute, and are presented for their existence and not the truth of their contents. *See Werner v. Werner*, 267 F.3d 288, 295 (3d Cir. 2001) ("A court may take judicial notice of an adjudicative fact if that fact is not subject to reasonable dispute … [i.e.,] generally known within the jurisdiction of the trial court, or … capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.").

containing a true and correct copy of the Netflix Series, *Inventing Anna*. **Exhibit BB** contains all nine episodes of the Series in full, as well as clips of the 16 allegedly defamatory scenes and surrounding context thereto.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 29, 2025, in New York, New York.

Rachel F. Strom

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

**BY ELECTRONIC MAIL**
Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Rodney Smolla
164 Chelsea Street
South Royalton, VT 05068

**BY ELECTRONIC MAIL**
Alexander Rufus-Isaacs
Rufus-Isaacs Acland & Grantham LLP
9440 Santa Monica Blvd.
Beverly Hills, CA 90210

**BY ELECTRONIC MAIL**
Dion G. Rassias
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)