Exhibit 29

## KULIK GOTTESMAN SIEGEL & WARE LLP

Glen L. Kulik
Donald S. Gottesman
Leonard Siegel
Thomas M. Ware II
Gary Kessler
Mitchell S. Brachman
David A. Bernardoni
Justin A. Nash
Samantha Kim
Camila Bersani
Vivian X. Tran
Nicholas Meerson

Attorneys at Law
Comerica Bank Building
15303 Ventura Boulevard
Suite 1400
Sherman Oaks, California 91403
www.kgswlaw.com

Telephone   (310) 557-9200
                    (818) 817-3600
Facsimile   (310) 557-0224

Sender's e-mail address:
gkulik@kgswlaw.com

File No.: 5800-0001

January 7, 2020

By Federal Express

Mr. David Hyman
General Counsel
Netflix
100 Winchester Circle
Los Gatos, CA 95032

Re:  *Inventing Anna*

Dear Mr. Hyman:

We are sending this letter on behalf of Rachel DeLoache Williams ("Williams"), writer of the Vanity Fair article *My Bright-Lights Misadventure with a Magician of Manhattan* ("Article") and author of the subsequent book *My Friend Anna* ("Book"). Reference is made to the Netflix limited series that is in production currently entitled *Inventing Anna* ("Series). The Series is reportedly written and created by Shonda Rhimes ("Rhimes") with Betsy Beers listed as executive producer. From what we have read about the Series it appears that Williams will be portrayed as a prominent character although no one affiliated with the Series has ever sought to confirm information or facts with her relative to her character or her story.

As Rhimes is aware – and we assume you are too – Williams sold her interest in the Article and Book to HBO, including her character and story rights as embodied therein. While the project was in development at HBO, Rhimes decided to tell the same story and contacted Williams to option her rights. Williams explained to Rhimes that the rights were already controlled by HBO and thus could not be sold to Netflix. Rhimes decided to do her show anyway using my client as a major character but without consulting with her or verifying any facts.

Especially when using someone's name and likeness without her approval, Netflix should be interested in acting within the bounds of the law. Our immediate concern is the false and defamatory manner in which Williams is described in your October 31, 2019 release to the media in which Netflix described her as follows:

Rachel is a natural born follower and her blind worship of Anna almost destroys her job, her credit and her life. But while her



RDWX_0011803

January 7, 2020
Page 2

relationship with Anna is her greatest regret, the woman she becomes because of Anna may be Anna's greatest creation.

In today's society, exploitation of women comes in different forms. We are quite certain that falsely portraying Williams in this manner and subjecting her to the ridicule of her peers, her employers, her family, and her friends is a form of exploitation that should not be tolerated. Williams was a bright, educated, and successful woman before she met Anna Sorokin. She has never been, nor will she ever be, a creation of Ms. Sorokin. She was duped by Ms. Sorokin, as were a lot of intelligent people, although other characters were described in the media release in more positive terms than was Williams.

We recognize that a press release is meant to titillate and may bear little relationship to the Series as it evolves and is ultimately produced and distributed. Therefore, our client will not rush to judgment or reach any conclusions until she sees the Series. But we put on notice Netflix, Ms. Rhimes, Ms. Beers, and all other persons and entities affiliated with the Series, that if Williams is portrayed in the show in a false light and/or in a defamatory manner, or if any portion of the Series infringes on her literary rights in the Article or Book, all responsible parties will be held accountable. Filing legal actions of that nature is what I do for a living but I sincerely hope that in this instance the producers and distributors of the Series be responsible and respectful of Williams' rights so that such an action will be unnecessary.

All rights are expressly reserved and no waiver or estoppel shall be created by this letter. Nor should this letter be construed as a complete recitation of the facts or of Williams' potential claims. I invite you to call me should you further wish to discuss this letter.

Thank you for your courtesy and cooperation.

Very truly yours,

Glen L. Kulik, Esq.
of KULIK GOTTESMAN SIEGEL & WARE LLP

cc: Ms. Shonda Rhimes
    Ms. Betsy Beers
    Nina Wolarsky
    Ms. Rachel DeLoache Williams

RDWX_0011804