IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | :<br>:<br>:<br>: C.A. No.: 22-1132-CFC-EGT<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION FOR EXTENSION OF DEADLINE TO FILE REDACTED VERSIONS OF THE PARTIES' OPPOSITION BRIEFS RELATED TO MOTIONS FOR SUMMARY JUDGMENT AND TO *DAUBERT* MOTIONS**

Plaintiff Rachel Deloache Williams ("Plaintiff") and Defendant Netflix, Inc. ("Defendant") (collectively, the "Parties") hereby submit a stipulation agreeing to the extend the deadline to file redacted versions of their Oppositions and supporting documents to the motions for summary judgment and *Daubert* motions ("Oppositions") by ten additional days. In support thereof, the Parties state as follows:

1. On September 29, 2025, the Parties filed the Oppositions under seal which rely in part on materials that have been designated as confidential under the Stipulated Protective Order (D.I. 41).

2. The Scheduling Order dated June 1, 2023 (D.I. 35) provides at ¶8 that "[a] redacted version of any sealed document shall be filed electronically within

seven days of the filing of the sealed document." Thus, redacted versions of the Oppositions are currently due by October 6, 2025.

3. The Parties believe they will need additional time to complete their meet-and-confer regarding confidentiality designations and the disputes over confidentiality. The additional time will enable the Parties to attempt to resolve some of the disputes that may otherwise be the subject of a motion. Therefore, the Parties submit that there is good cause for, and stipulate to, an extension of the deadline for filing redacted versions of sealed Oppositions from seven to seventeen days, so that the new deadline will be October 16, 2025.

Dated: October 6, 2025

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

OF COUNSEL:
RUFUS-ISAACS ACLAND &
GRANTHAM LLP
Alexander Rufus-Isaacs*
9420 Wilshire Blvd., Suite B10
Beverly Hills, CA 90212
Phone: (310) 274-3803
aisaacs@rufuslaw.com

*Attorneys for Plaintiff*

*Admitted pro hac vice

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

OF COUNSEL:
DAVIS WRIGHT TREMAINE LLP
Rachel F. Strom*
Chelsea T. Kelly*
Nimra H. Azmi*
Lindsey B. Cherner*
1251 Sixth Avenue, 21st Floor
New York, New York 10020
Tel: 212-402-4069
rachelstrom@dwt.com
chelseakelly@dwt.com
nimraazmi@dwt.com
lindseycherner@dwt.com

*Attorneys for Defendant*

SO ORDERED on this 19th day of October, 2025.

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT COURT JUDGE

3