# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 22-1132-CFC-EGT |
| NETFLIX, INC., | : |
| Defendant. | : |

## STIPULATION FOR EXTENSION OF DEADLINE RELATED TO REPLY BRIEFS IN FURTHER SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

Plaintiff Rachel Deloache Williams ("Plaintiff") and Defendant Netflix, Inc. ("Defendant") (collectively, the "Parties") hereby submit a stipulation agreeing to an extension of five additional days to file redacted versions of the Parties' reply briefs in further support of their motions for summary judgment and *Daubert* motions (filed on October 20, 2025). In support thereof, the Parties state as follows:

### *Five-Day Extension of Deadline to Submit Redacted Versions*

1. The Parties filed reply briefs in further support of their motions for summary judgment, and Defendant filed reply briefs in further support of its *Daubert* motions on October 20, 2025, under seal, which rely in part on materials that have been designated as confidential under the Stipulated Protective Order (D.I. 41).

2. The Scheduling Order dated June 1, 2023 (D.I. 35) provides at ¶8 that "[a] redacted version of any sealed document shall be filed electronically within seven days of the filing of the sealed document." Under this provision, the redacted versions are due to be filed on October 27, 2025.

3. The Parties believe they will need additional time to complete their meet-and-confer regarding confidentiality designations. The additional time will enable the Parties to attempt to resolve some of the disputes that may otherwise be the subject of a motion.

4. Therefore, the Parties submit that there is good cause for, and stipulate to, an additional five-day extension of the deadline to file redacted versions of sealed documents, moving the current deadline from October 27, 2025, to October 31, 2025.

Dated: October 23, 2025            Respectfully submitted,

| | |
|---|---|
| FARNAN LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ *Brian E. Farnan* | /s/ *Kelly E. Farnan* |
| Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Kelly E. Farnan (# 4395)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Tel: 302-651-7700<br>Email: farnan@rlf.com |
| OF COUNSEL:<br>RUFUS-ISAACS ACLAND & GRANTHAM LLP<br>Alexander Rufus-Isaacs*<br>9420 Wilshire Blvd., Suite B10<br>Beverly Hills, CA 90212<br>Phone: (310) 274-3803<br>aisaacs@rufuslaw.com | OF COUNSEL:<br>DAVIS WRIGHT TREMAINE LLP<br>Rachel F. Strom*<br>Chelsea T. Kelly*<br>Nimra H. Azmi*<br>Lindsey B. Cherner*<br>1251 Sixth Avenue, 21st Floor<br>New York, New York 10020<br>Tel: 212-402-4069<br>rachelstrom@dwt.com<br>chelseakelly@dwt.com<br>lindseycherner@dwt.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

*Admitted pro hac vice

SO ORDERED on this 28th day of October, 2025.

_____
THE HON. COLM F. CONNOLLY
UNITED STATES DISTRICT COURT JUDGE

3