# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACHEL DELOACHE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | C.A. No. 22-cv-1132-CFC-EGT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiff Rachel DeLoache Williams and Defendant Netflix, Inc. stipulate to the dismissal of this action with prejudice. Each party shall bear their own attorney's fees and costs incurred in this action.

| | |
|---|---|
| Dated: February 6, 2026 | Respectfully submitted, |
| FARNAN LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Rodney Smolla (Bar No. 6327)<br>Meier Watkins Phillips Pusch<br>1120 20th Street NW, Suite 550 | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>Rachel F. Strom<br>Chelsea T. Kelly<br>Lindsey B. Cherner<br>Nimra H. Azmi |

Washington D.C. 20036
Telephone: (202) 318-3655
Rod.Smolla@mwpp.com

Dion G. Rassias (Bar No. 2829)
THE BEASLEY FIRM, LLC
1125 Walnut Street
Philadelphia, PA 19107
Telephone: (215) 592-1000
Facsimile: (215) 592-1523
dgr@beasleyfirm.com

Alexander Rufus-Isaacs (admitted *pro hac vice*)
RUFUS-ISAACS ACLAND & GRANTHAM LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Telephone: (310) 274-3803
aisaacs@rufuslaw.com

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Fl.
New York, New York 10020
(212) 489-8230
rachelstrom@dwt.com
chelseakelly@dwt.com
lindseycherner@dwt.com
nimraazmi@dwt.com

Kelly M. Klaus
Blanca F. Young
Rose Leda Ehler
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
(415) 512-4000
kelly.klaus@mto.com
blanca.young@mto.com
rose.ehler@mto.com

*Attorneys for Defendant*

IT IS SO ORDERED this ____ day of February 2026.

_____
The Honorable Colm F. Connolly